XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
TIFFANY JOHNSON
Deputy Attorney General
State Bar No. 237309
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9535
 Fax: (619) 645-2581
 E-mail: Tiffany.Johnson@doj.ca.gov
*Attorneys for Defendants*
D. Arguilez, J. Brown, A. Buenrostro,
R. Davis, R. Davis, E. Garcia, J. Gomez,
A. Hernandez, C. Hernandez, G. Hernandez,
Q. Jackson, R. LaCosta, I. Marquez, C.
Meza, E. Pimentel, J. Reyes, S. Rink, L.
Romero, J. Rodriguez, G. Savala, N. Scharr,
W. Shimko, A. Silva, G. Stratton, W. Suglich,
L. Tillman, and L. Vanderweide

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN O. CARRANZA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>W. SUGLICH, et al.,<br><br>　　　　　　　Defendants. | 3:14-cv-00773-GPC-AGS<br><br>**DECLARATION OF M. VOONG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** |

I, M. Voong declare as follows:

1. I have been employed by the California Department of Corrections and Rehabilitation (CDCR) for over 19 years. I am currently the Chief of the Office of Appeals (formerly the Inmate Appeals Branch) in Sacramento, California. This office receives all non-medical inmate appeals (or grievances) submitted for the

1

third level of review. I make the following declarations of facts based on my own knowledge, and if called as a witness, I could testify competently thereto.

2. I am personally familiar with the record-keeping system at the Office of Appeals, and I am able to verify the status of a California inmate or parolee's third-level administrative appeals.

3. The Office of Appeals receives and maintains all inmate appeals (i.e., grievances and Reasonable Modification or Accommodation Requests) accepted for third-level review for all non-medical appeals, the third and final level of review in CDCR's inmate-appeals process for all non-medical appeals, and renders decisions on such appeals.

4. CDCR has a three-level grievance review process. Cal. Code Regs. tit. 15, §§ 3084.2, 3084.7. Grievances or Reasonable Modification or Accommodation Requests are to be initially submitted at the inmates' institution for review and processing at the first and second levels of review. Cal. Code Regs. tit. 15, § 3084.7(a). If inmates are not satisfied after the second-level review, they are required to submit the appeal to the Secretary of CDCR by submitting the appeal to this office, the Office of Appeals. A decision by the Office of Appeals constitutes the Secretary's decision and completes the administrative appeals process. All inmate appeals submitted to the Office of Appeals for third-level review are processed through my office, with the exception of medical-care appeals.

5. Upon receipt by the Office of Appeals, appeals are logged into a computer database known as the Inmate Appeals Tracking System (IATS). The IATS tracks inmate appeals that have been accepted by this Office and adjudicated at the Third Level of review, as well as all appeals that were received by this office and screened out, and the reason the appeal was screened out.

6. Inmates are required to identify, by name and title or position, each staff member alleged to be involved in the action or decision being appealed, along with the dates each staff member was involved in the issue being appealed. Cal. Code

2

Decl. of M. Voong in Support of Defs.' MSJ (3:14-cv-00773-GPC-AGS)

Regs. tit. 15, § 3084.2(a)(3). If inmates do not have this information, they must provide any other available information that would assist the appeals coordinator in identifying the staff member. *Id.* Inmates have 30 calendar days to submit the appeal from the occurrence of the event or decision being appealed. Cal. Code Regs., tit. 15 § 3084.8(b).

7. This Office received a request from the Office of the Attorney General to research our system files to locate any and all third-level appeals that this Office has accepted from inmate Selvin Carranza, CDCR No. T-67780 (Plaintiff), submitted any appeals, beginning June 22, 2012 through May 18, 2013, relating to the following allegations: (1) on June 22, 2012, Defendants L. Tillman, S. Rink, E. Pimentel, N. Scharr, J. Rodriguez, J. Reyes, E. Garcia, and W. Suglich conspired to set Plaintiff up to fight another inmate "gladiator style" and then shot him in order to break up the fight; (2) Defendant L. Tillman assaulted him in retaliation for Plaintiff's complaints regarding the June 22, 2012 incident and, Defendant R. Lemon (unserved Defendant) failed to intervene to protect Plaintiff from L. Tillman's alleged assault; (3) on August 15, 2012, Defendants L. Tillman, S. Rink, A. Buenrostro, R. Davis, L. Vanderweide, W. Shimko, I. Marquez, R. LaCosta, L. Romero, and other unidentified Defendants conspired to beat Plaintiff and attempted to murder him by strangling him while he was in handcuffs and others failed to intervene or provide adequate medical attention and that Defendants L. Vanderweide, R. Davis, W. Shimko, S. Rink, A. Buenrostro, and C. Hernandez left him handcuffed for ten hours, refused to summon medical care, and botched the investigation resulting in Plaintiff being disciplined by Defendants E. Garcia, A. Hernandez, and R. Davis (Lieutenant) resulting in a term in the Security Housing Unit; (4) Defendants G. Savala, G. Stratton, J. Gomez, R. Davis, Q. Jackson, D. Arguillez, J. Brown, C. Meza, and G. Hernandez falsely accused Plaintiff of indecent exposure on November 12, 2012, placed him in administrative segregation, resulting in Plaintiff being found guilty of a sex offense for the

1  purposes of damaging his reputation and to retaliate against him; or (5) Defendants
2  D. Arguillez, R. Davis, A. Buenrostro, and A. Silva utilized excessive force while
3  escorting Plaintiff from his cell to be transferred to Kern Valley State Prison and
4  then failed to decontaminate him after he was pepper sprayed in retaliation for his
5  inmate appeal activity.

6      8.    A thorough search by my staff of records kept in the ordinary course of
7  business in the Office of Appeals in Sacramento, California revealed that this
8  Office received and accepted *one* appeal from Plaintiff from RJD. On April 8,
9  2013, our office accepted an appeal from Plaintiff from RJD wherein Carranza
10 claims that Defendants Rink and Tillman were informed that Plaintiff was having
11 problems with another inmate on the yard, but failed to do anything to prevent
12 Plaintiff from getting into an altercation that resulted in the use of force by staff
13 causing Plaintiff injures. The institution log number of this appeal is
14 RJD-12-02812. This is the only appeal originating from RJD that Plaintiff
15 exhausted at the Third Level of Review between June 22, 2012 and May 18, 2013.

16     9.    This Office did not accept any other appeals from Plaintiff (other than the
17 one identified in paragraph 8), prior to May 18, 2013.

18     10.   A true and accurate copy of the Inmate/Parolee Appeals Tracking System
19 – Level III (IATS), for Plaintiff is attached hereto as Exhibit 1.

20     I declare under penalty of perjury under the laws of the United States of
21 America that the foregoing is true and correct.

22     Executed this 14th day of April, 2017 at Sacramento, California.

M. Voong,
Chief Office of Appeals

SD2017704296
81654681.doc

4

Decl. of M. Voong in Support of Defs.' MSJ (3:14-cv-00773-GPC-AGS)

# Exhibit 1

Office of Appeals  03/09/2017

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History
CDCR Number: T67780

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | | |
|---|---|---|---|---|---|---|---|---|---|
| T67780 | CARRANZA, SELVIN | HDSP | 11/16/2016 | | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 1209559 | STAFF COMPLAINTS | Misuse of Force | 04/08/2013 | RJD-12-02812 | 07/02/2013 | 06/12/2013 | DENIED |
| 1401317 | LIVING CONDITIONS | Policy & Procedures | 08/01/2014 | KVSP-14-02014 | 10/27/2014 | 09/29/2014 | DENIED |
| 1406619 | LEGAL | Access to Court | 11/17/2014 | KVSP-14-02412 | 02/12/2015 | 02/27/2015 | DENIED |
| 1502713 (Group) | PROGRAM | Modified/Lockdown | 11/23/2015 | KVSP-15-01639 | 02/19/2016 | 02/05/2016 | DENIED |
| 1503795*(Group) | CUSTODY/CLASS | UCC/ICC/DRB | 10/05/2015 | CCI-15-01438 | 12/29/2015 | 12/23/2015 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 1209559 | STAFF COMPLAINTS | Misuse of Force | 05/06/2013 | RJD-12-02812 | 05/09/2013 | | CDCR 22 FORM RESPONSE |
| 1209559 | STAFF COMPLAINTS | Misuse of Force | 02/27/2013 | RJD-12-02812 | 03/14/2013 | | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1413787 | STAFF COMPLAINTS | | 05/20/2015 | | 06/22/2015 | | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |
| 1502713 | PROGRAM | Modified/Lockdown | 08/25/2015 | KVSP-15-01639 | 10/30/2015 | | R00 OTHER (REJECTED) |
| 1503795 | CUSTODY/CLASS | UCC/ICC/DRB | 10/30/2015 | CCI-15-01438 | 11/02/2015 | | CDCR 22 FORM RESPONSE |
| 1503795 | CUSTODY/CLASS | UCC/ICC/DRB | 10/05/2015 | CCI-15-01438 | 10/07/2015 | | CDCR 22 FORM RESPONSE |
| 1503795 | CUSTODY/CLASS | UCC/ICC/DRB | 01/19/2016 | CCI-15-01438 | 01/20/2016 | | CDCR 22 FORM RESPONSE |
| 5018263 | DISCIPLINARY | Prior to subcategory | 02/09/2006 | LAC-05-3709 | 02/09/2006 | | MISSING DOCUMENTATION |
| 5020982 | OTHER | Prior to subcategory | 03/01/2006 | | 03/01/2006 | | BEST ADDRESSED BY FILING CDC FORM 602 |
| 5023395 | PROGRAM | Prior to subcategory | 06/08/2006 | LAC-05-03651 | 06/08/2006 | | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |

Office of Appeals  03/09/2017

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| T67780 | CARRANZA, SELVIN | HDSP | 11/16/2016 | | |
| 5081185 | OTHER | | | Prior to subcategory 08/21/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL 08/21/2003 |
| 5103213 | OTHER | | | Prior to subcategory 12/20/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL 12/20/2004 |

Page: 2

# CERTIFICATE OF SERVICE

Case Name: **S. Carranza v. E. Brown, Jr., et al.**  
Case No.: **3:14-cv-00773-GPC-AGS**

I hereby certify that on <u>May 3, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF M. VOONG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 3, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Selvin O. Carranza  
T-67780  
High Desert State Prison  
P.O. Box 3030  
Susanville, CA 96127

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 3, 2017</u>, at San Diego, California.

E. Tong  
Declarant

Signature

SD2017704296  
81673219.doc