1  XAVIER BECERRA
   Attorney General of California
2  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
3  TIFFANY JOHNSON
   Deputy Attorney General
4  State Bar No. 237309
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (619) 738-9535
    Fax: (619) 645-2581
7   E-mail: Tiffany.Johnson@doj.ca.gov
   *Attorneys for Defendants*
8  *L. Vanderweide, L. Tillman, J. Gomez, I.*
   *Marquez, W. Shimko, W. Suglich, E. Ojeda,*
9  *A. Silva, E. Garcia, Q. Jackson, E. Pimentel,*
   *A. DeMesa (erroneously sued as R.*
10 *Demesas), G. Savala, R. Davis, J. Reyes, G.*
   *Hernandez, A. Hernandez, R. Lopez, S. Rink,*
11 *J. Morales, J. Brown, L. Brown, R. LaCosta,*
   *A. Sanchez, N. Scharr, G. Stratton, D.*
12 *Arguillez, A. Buenrostro, R. Davis, J.*
   *Rodriguez, L. Romero, C. Meza, L. Godinez*
13 *(erroneously sued as N. Molina), R. Lemon,*
   *and C. Hernandez*

14

15          IN THE UNITED STATES DISTRICT COURT

16        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  **SELVIN O. CARRANZA,** | 3:14-cv-00773-GPC-AGS |
| 20                    Plaintiff, | **DEFENDANTS' ANSWER AND** |
| 21       **v.** | **DEMAND FOR JURY TRIAL** |
| 22  **W. SUGLICH, et al.,** | |
| 23                    Defendants. | |
| 24 | |

25      Defendants L. Vanderweide, L. Tillman, J. Gomez, I.  Marquez, W. Shimko,

26  W. Suglich, E. Ojeda, A. Silva, E. Garcia, Q. Jackson, E. Pimentel, A. DeMesa

27  (erroneously sued as R. Demesas), G. Savala, R. Davis, J. Reyes, G. Hernandez, A.

28  Hernandez, R. Lopez, S. Rink, J. Morales, J. Brown, L. Brown, R. LaCosta, A.

1

Sanchez, N. Scharr, G. Stratton, D. Arguillez, A. Buenrostro, R. Davis, J.

Rodriguez, L. Romero, C. Meza, L. Godinez (erroneously sued as N. Molina), R.

Lemon, and C. Hernandez answer the Second Amended Complaint as follows:

1.   In answer to the section A, Defendants admit this Court has jurisdiction.

2.   In answer to section B, paragraph 1, Defendants admit Plaintiff is currently incarcerated at California State Prison – Lancaster, and was previously incarcerated at Richard J. Donovan Correctional Facility in San Diego, California.

3.   In answer to section B, paragraph 2, Defendants admit to being employed by the California Department of Corrections and Rehabilitation (CDCR), but deny allegations of wrongdoing.

4.   In answer to paragraph 1, Defendants deny the allegations therein.

5.   In answer to paragraph 2, Defendants deny the allegations therein.

6.   In answer to paragraph 3, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

7.   In answer to paragraph 4, Defendants deny the allegations against Defendant Reyes, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

8.   In answer to paragraph 5, Defendants deny the allegations therein.

9.   In answer to paragraph 6, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

10.   In answer to paragraph 7, Defendants deny the allegations therein.

11.   In answer to paragraph 8, Defendants deny the allegations therein.

12.   In answer to paragraph 9, Defendants admit that Mr. McKnight recommended Plaintiff be assigned to Walk Alone yard, but deny the remaining allegations therein.

13.   In answer to paragraph 10, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

14.   In answer to paragraph 11, Defendants deny the allegations therein.

2

1    15.   In answer to paragraph 12, Defendants deny the allegations therein.

2    16.   In answer to paragraph 13, Defendants lack sufficient information to

3    admit or deny the allegations therein, and on that basis, deny the allegations.

4    17.   In answer to paragraph 14, Defendants lack sufficient information to

5    admit or deny the allegations therein, and on that basis, deny the allegations.

6    18.   In answer to paragraph 15, Defendants lack sufficient information to

7    admit or deny the allegations therein, and on that basis, deny the allegations.

8    19.   In answer to paragraph 16, Defendants lack sufficient information to

9    admit or deny the allegations therein, and on that basis, deny the allegations.

10   20.   In answer to paragraph 17, Defendants deny the allegations therein.

11   21.   In answer to paragraph 18, Defendants admit the allegations therein.

12   22.   In answer to paragraph 19, Defendants lack sufficient information to

13   admit or deny the allegations therein, and on that basis, deny the allegations.

14   23.   In answer to paragraph 20, Defendants admit the allegations therein.

15   24.   In answer to paragraph 21, Defendants lack sufficient information to

16   admit or deny the allegations therein, and on that basis, deny the allegations.

17   25.   In answer to paragraph 22, Defendants deny the allegations therein.

18   26.   In answer to paragraph 23, Defendants deny the allegations therein.

19   27.   In answer to paragraph 24, Defendants lack sufficient information to

20   admit or deny the allegations therein, and on that basis, deny the allegations.

21   28.   In answer to paragraph 25, Defendants lack sufficient information to

22   admit or deny the allegations therein, and on that basis, deny the allegations.

23   29.   In answer to paragraph 26, Defendants lack sufficient information to

24   admit or deny the allegations therein, and on that basis, deny the allegations.

25   30.   In answer to paragraph 27, Defendants lack sufficient information to

26   admit or deny the allegations therein, and on that basis, deny the allegations.

27   31.   In answer to paragraph 28, Defendants lack sufficient information to

28   admit or deny the allegations therein, and on that basis, deny the allegations.

32.   In answer to paragraph 29, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

33.   In answer to paragraph 30, Defendants deny the allegations therein.

34.   In answer to paragraph 31, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

35.   In answer to paragraph 32, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

36.   In answer to paragraph 33, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

37.   In answer to paragraph 34, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

38.   In answer to paragraph 35, Defendants deny the allegations therein.

39.   In answer to paragraph 36, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

40.   In answer to paragraph 37, Defendants deny the allegations therein.

41.   In answer to paragraph 38, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

42.   In answer to paragraph 39, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

43.   In answer to paragraph 40, Defendants deny the allegations therein.

44.   In answer to paragraph 41, Defendants deny the allegations therein.

45.   In answer to paragraph 42, Defendants admit Plaintiff was sprayed with OC-spray, but deny it was in violation of policies.

46.   In answer to paragraph 43, Defendants deny the allegations therein.

47.   In answer to paragraph 44, Defendants deny the allegations therein.

48.   In answer to paragraph 45, Defendants deny the allegations therein.

49.   In answer to paragraph 46, Defendants deny the allegations therein.

50.   In answer to paragraph 47, Defendants deny the allegations therein.

4

1    51.   In answer to paragraph 48, Defendants deny the allegations therein.

2    52.   In answer to paragraph 49, Defendants admit the allegations therein.

3    53.   In answer to paragraph 50, Defendants deny the allegations therein.

4    54.   In answer to paragraph 51, Defendants deny the allegations therein.

5    55.   In answer to paragraph 52, Defendants deny the allegations therein.

6    56.   In answer to paragraph 53, Defendants deny there is an abuse of

7    statewide policy, but lack sufficient information to admit or deny the remaining

8    allegations therein, and on that basis, deny the allegations.

9    57.   In answer to paragraph 54, Defendants lack sufficient information to

10   admit or deny the allegations therein, and on that basis, deny the allegations.

11   58.   In answer to paragraph 55, Defendants lack sufficient information to

12   admit or deny the allegations therein, and on that basis, deny the allegations.

13   59.   In answer to paragraph 56, Defendants deny the allegations therein.

14   60.   In answer to paragraph 57, Defendants deny the allegations therein.

15   61.   In answer to paragraph 58, Defendants deny the allegations therein.

16   62.   In answer to paragraph 59, Defendants deny the allegations therein.

17   63.   In answer to paragraph 60, Defendants deny the allegations therein.

18   64.   In answer to paragraph 61, Defendants deny the allegations therein.

19   65.   In answer to paragraph 62, Defendants deny the allegations therein.

20   66.   In answer to paragraph 63, Defendants deny the allegations therein.

21   67.   In answer to paragraph 64, Defendants deny the allegations therein.

22   68.   In answer to paragraph 65, Defendants deny the allegations therein.

23   69.   In answer to paragraph 66, Defendants lack sufficient information to

24   admit or deny the allegations therein, and on that basis, deny the allegations.

25   70.   In answer to paragraph 67, Defendants lack sufficient information to

26   admit or deny the allegations therein, and on that basis, deny the allegations.

27   71.   In answer to paragraph 68, Defendants lack sufficient information to

28   admit or deny the allegations therein, and on that basis, deny the allegations.

1      72.   In answer to paragraph 69, Defendants lack sufficient information to
2 admit or deny the allegations therein, and on that basis, deny the allegations.

3      73.   In answer to paragraph 70, Defendants lack sufficient information to
4 admit or deny the allegations therein, and on that basis, deny the allegations.

5      74.   In answer to paragraph 71, Defendants lack sufficient information to
6 admit or deny the allegations therein, and on that basis, deny the allegations.

7      75.   In answer to paragraph 72, Defendants lack sufficient information to
8 admit or deny the allegations therein, and on that basis, deny the allegations.

9      76.   In answer to paragraph 73, Defendants deny the allegations therein.

10      77.   In answer to paragraph 74, Defendants deny the allegations therein.

11      78.   In answer to paragraph 75, Defendants deny the allegations therein.

12      79.   In answer to paragraph 76, Defendants lack sufficient information to
13 admit or deny the allegations therein, and on that basis, deny the allegations.

14      80.   In answer to paragraph 77, Defendants lack sufficient information to
15 admit or deny the allegations therein, and on that basis, deny the allegations.

16      81.   In answer to paragraph 78, Defendants lack sufficient information to
17 admit or deny the allegations therein, and on that basis, deny the allegations.

18      82.   In answer to paragraph 79, Defendants lack sufficient information to
19 admit or deny the allegations therein, and on that basis, deny the allegations.

20      83.   In answer to paragraph 80, Defendants lack sufficient information to
21 admit or deny the allegations therein, and on that basis, deny the allegations.

22      84.   In answer to paragraph 81, Defendants lack sufficient information to
23 admit or deny the allegations therein, and on that basis, deny the allegations.

24      85.   In answer to paragraph 82, Defendants lack sufficient information to
25 admit or deny the allegations therein, and on that basis, deny the allegations.

26      86.   In answer to paragraph 83, Defendants deny the allegations therein.

27      87.   In answer to paragraph 84, Defendants deny the allegations therein.

28      88.   In answer to paragraph 85, Defendants deny the allegations therein.

1    89.  In answer to paragraph 86, Defendants deny the allegations therein.

2    90.  In answer to paragraph 87, Defendants lack sufficient information to

3    admit or deny the allegations therein, and on that basis, deny the allegations.

4    91.  In answer to paragraph 88, Defendants deny the allegations therein.

5    92.  In answer to paragraph 89, Defendants deny the allegations therein.

6    93.  In answer to paragraph 90, Defendants deny the allegations therein.

7    94.  In answer to paragraph 91, Defendants deny the allegations therein.

8    95.  In answer to paragraph 92, Defendants deny the allegations therein.

9    96.  In answer to paragraph 93, Defendants deny the allegations therein.

10   97.  In answer to paragraph 94, Defendants deny the allegations therein.

11   98.  In answer to paragraph 95, Defendants lack sufficient information to

12   admit or deny the allegations therein, and on that basis, deny the allegations.

13   99.  In answer to paragraph 96, Defendants deny the allegations therein.

14   100. In answer to paragraph 97, Defendants lack sufficient information to

15   admit or deny the allegations therein, and on that basis, deny the allegations.

16   101. In answer to paragraph 98, Defendants lack sufficient information to

17   admit or deny the allegations therein, and on that basis, deny the allegations.

18   102. In answer to paragraph 99, Defendants lack sufficient information to

19   admit or deny the allegations therein, and on that basis, deny the allegations.

20   103. In answer to paragraph 100, Defendants lack sufficient information to

21   admit or deny the allegations therein, and on that basis, deny the allegations.

22   104. In answer to paragraph 101, Defendants lack sufficient information to

23   admit or deny the allegations therein, and on that basis, deny the allegations.

24   105. In answer to paragraph 102, Defendants lack sufficient information to

25   admit or deny the allegations therein, and on that basis, deny the allegations.

26   106. In answer to paragraph 103, Defendants lack sufficient information to

27   admit or deny the allegations therein, and on that basis, deny the allegations.

28

107. In answer to paragraph 104, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

108. In answer to paragraph 105, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

109. In answer to paragraph 106, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

110. In answer to paragraph 107, Defendants deny Plaintiff was assaulted by Sergeant Tillman, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

111. In answer to paragraph 108, Defendants deny Sergeant Tillman assaulted Plaintiff or set him up to be shot, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

112. In answer to paragraph 109, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

113. In answer to paragraph 110, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

114. In answer to paragraph 111, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

115. In answer to paragraph 112, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

116. In answer to paragraph 113, Defendants deny the allegations therein.

117. In answer to paragraph 114, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

118. In answer to paragraph 115, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

119. In answer to paragraph 116, Defendants deny the allegations therein.

120. In answer to paragraph 117, Defendants do not answer because the allegations are related to an individual who is not party to this case.

8

121. In answer to paragraph 118, Defendants do not answer because the allegations are related to an individual who is not party to this case.

122. In answer to paragraph 119, Defendants deny the allegations therein.

123. In answer to paragraph 120, Defendants deny the allegations therein.

124. In answer to paragraph 121, Defendants deny the allegations therein.

125. In answer to paragraph 122, Defendants deny the allegations therein.

126. In answer to paragraph 123, Defendants deny the allegations therein.

127. In answer to paragraph 124, Defendants deny the allegations therein.

128. In answer to paragraph 125, Defendants deny Sergeant Tillman attacked Plaintiff, but lack sufficient information to admit or deny the remaining allegations, and on that basis, deny the remaining allegations.

129. In answer to paragraph 126, Defendants do not answer because the allegations are related to an individual who is not party to this case.

130. In answer to paragraph 127, Defendants deny the allegations therein.

131. In answer to paragraph 128, Defendants deny the allegations therein.

132. In answer to paragraph 129, Defendants deny the allegations therein.

133. In answer to paragraph 130, Defendants deny the allegations therein.

134. In answer to paragraph 131, Defendants deny the allegations therein.

135. In answer to paragraph 132, Defendants deny the allegations therein.

136. In answer to paragraph 133, Defendants deny the allegations therein.

137. In answer to paragraph 134, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

138. In answer to paragraph 135, Defendants deny the allegations therein.

139. In answer to paragraph 136, Defendants deny Plaintiff's food was dumped all over his cell, but lack sufficient information to admit or deny the remaining allegations, and on that basis, deny the remaining allegations.

140. In answer to paragraph 137, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

9

141. In answer to paragraph 138, Defendants deny the allegations therein.

142. In answer to paragraph 139, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

143. In answer to paragraph 140, Defendants deny the allegations therein.

144. In answer to paragraph 141, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

145. In answer to paragraph 142, Defendants deny the allegations therein.

146. In answer to paragraph 143, Defendants deny the allegations therein.

147. In answer to paragraph 144, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

148. In answer to paragraph 145, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

149. In answer to paragraph 146, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

150. In answer to paragraph 147, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

151. In answer to paragraph 148, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

152. In answer to paragraph 149, Defendants deny the allegations therein.

153. In answer to paragraph 150, Defendants deny dragging Plaintiff to Sergeant Tillman's office, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

154. In answer to paragraph 151, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

155. In answer to paragraph 152, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

156. In answer to paragraph 153, Defendants deny the allegations therein.

157. In answer to paragraph 154, Defendants deny the allegations therein.

1    158. In answer to paragraph 155, Defendants deny the allegations therein.

2    159. In answer to paragraph 156, Defendants deny the allegations therein and

3    allege that Plaintiff informed medical staff he was suicidal.

4    160. In answer to paragraph 157, Defendants deny the allegations therein.

5    161. In answer to paragraph 158, Defendants deny the allegations therein.

6    162. In answer to paragraph 159, Defendants deny the allegations therein.

7    163. In answer to paragraph 160, Defendants deny the allegations therein.

8    164. In answer to paragraph 161, Defendants deny the allegations therein.

9    165. In answer to paragraph 162, Defendants deny the allegations therein.

10    166. In answer to paragraph 163, Defendants deny the allegations therein.

11    167. In answer to paragraph 164, Defendants deny the allegations therein.

12    168. In answer to paragraph 165, Defendants deny the allegations therein.

13    169. In answer to paragraph 166, Defendants deny the allegations therein.

14    170. In answer to paragraph 167, Defendants deny the allegations therein.

15    171. In answer to paragraph 168, Defendants deny the allegations therein.

16    172. In answer to paragraph 169, Defendants deny the allegations therein.

17    173. In answer to paragraph 170, Defendants deny the allegations therein.

18    174. In answer to paragraph 171, Defendants deny the allegations therein.

19    175. In answer to paragraph 172, Defendants deny the allegations therein.

20    176. In answer to paragraph 173, Defendants deny the allegations therein.

21    177. In answer to paragraph 174, Defendants deny the allegations therein.

22    178. In answer to paragraph 175, Defendants deny the allegations therein.

23    179. In answer to paragraph 176, Defendants deny the allegations therein.

24    180. In answer to paragraph 177, Defendants admit that Defendants

25    Buenrostro and Lopez placed restraints onto Plaintiff, but deny that they placed

26    them excessively tight.

27    181. In answer to paragraph 178, Defendants deny the allegations therein.

28    182. In answer to paragraph 179, Defendants deny the allegations therein.

11

1    183. In answer to paragraph 180, Defendants deny the allegations therein.

2    184. In answer to paragraph 181, Defendants deny the allegations therein.

3    185. In answer to paragraph 182, Defendants deny the allegations therein.

4    186. In answer to paragraph 183, Defendants deny the allegations therein.

5    187. In answer to paragraph 184, Defendants deny the allegations therein.

6    188. In answer to paragraph 185, Defendants admit Plaintiff pulled on

7    Defendant Vanderweide's left wrist, but deny the remaining allegations therein.

8    189. In answer to paragraph 186, Defendants deny the allegations therein.

9    190. In answer to paragraph 187, Defendants lack sufficient information to

10   admit or deny the allegations therein, and on that basis, deny the allegations.

11   191. In answer to paragraph 188, Defendants deny the allegations therein.

12   192. In answer to paragraph 189, Defendants deny the allegations therein.

13   193. In answer to paragraph 190, Defendants lack sufficient information to

14   admit or deny the allegations therein, and on that basis, deny the allegations.

15   194. In answer to paragraph 191, Defendants deny the allegations therein.

16   195. In answer to paragraph 192, Defendants deny the allegations therein.

17   196. In answer to paragraph 193, Defendants deny the allegations therein.

18   197. In answer to paragraph 194, Defendants deny the allegations therein.

19   198. In answer to paragraph 195, Defendants deny trying to strangle Plaintiff,

20   but lack sufficient information to admit or deny the remaining allegations therein,

21   and on that basis, deny the allegations.

22   199. In answer to paragraph 196, Defendants lack sufficient information to

23   admit or deny the allegations therein, and on that basis, deny the allegations.

24   200. In answer to paragraph 197, Defendants deny the allegations therein.

25   201. In answer to paragraph 198, Defendants deny the allegations therein.

26   202. In answer to paragraph 199, Defendants deny the allegations therein.

27   203. In answer to paragraph 200, Defendants deny the allegations therein.

28   204. In answer to paragraph 201, Defendants deny the allegations therein.

205. In answer to paragraph 202, Defendants deny the allegations therein.

206. In answer to paragraph 203, Defendants deny the allegations therein.

207. In answer to paragraph 204, Defendants deny the allegations therein.

208. In answer to paragraph 205, Defendants deny the allegations therein.

209. In answer to paragraph 206, Defendants deny the allegations therein.

210. In answer to paragraph 207, Defendants admit helping Plaintiff to his feet, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

211. In answer to paragraph 208, Defendants deny the allegations therein.

212. In answer to paragraph 209, Defendants deny the allegations therein.

213. In answer to paragraph 210, Defendants deny the allegations therein.

214. In answer to paragraph 211, Defendants deny the allegations therein.

215. In answer to paragraph 212, Defendants deny the allegations therein.

217. In answer to paragraph 213, Defendants deny the allegations therein.

218. In answer to paragraph 214, Defendants deny the allegations therein.

219. In answer to paragraph 215, Defendants deny the allegations therein.

220. In answer to paragraph 216, Defendants deny the allegations therein.

221. In answer to paragraph 217, Defendants deny the allegations therein.

222. In answer to paragraph 218, Defendants deny the allegations therein.

223. In answer to paragraph 219, Defendants deny the allegations therein.

224. In answer to paragraph 220, Defendants deny the allegations therein.

225. In answer to paragraph 221, Defendants deny the allegations therein.

226. In answer to paragraph 222, Defendants deny the allegations therein.

227. In answer to paragraph 223, Defendants deny the allegations therein.

228. In answer to paragraph 224, Defendants admit that Defendant Vanderweide received injuries caused by Plaintiff resisting staff, but deny the remaining allegations therein.

13

1   229. In answer to paragraph 225, Defendants admit that Defendant
2   Vanderweide received injuries caused by Plaintiff resisting staff, but deny
3   complaining.

4   230. In answer to paragraph 226, Defendants deny Plaintiff was strangled, and
5   admit photos of injuries were taken.

6   231. In answer to paragraph 227, Defendants deny the allegations therein.

7   232. In answer to paragraph 228, Defendants deny the allegations therein.

8   233. In answer to paragraph 229, Defendants deny the allegations therein.

9   234. In answer to paragraph 230, Defendants deny the allegations therein.

10   235. In answer to paragraph 231, Defendants deny the allegations therein.

11   236. In answer to paragraph 232, Defendants deny the allegations therein.

12   237. In answer to paragraph 233, Defendants deny the allegations therein.

13   238. In answer to paragraph 234, Defendants deny the allegations therein.

14   239. In answer to paragraph 235, Defendants deny the allegation therein.

15   240. In answer to paragraph 236, Defendants deny the allegations therein.

16   241. In answer to paragraph 237, Defendants admit asking Plaintiff if he was
17   making any allegations against staff for excessive force, but deny the remaining
18   allegations therein.

19   242. In answer to paragraph 238, Defendants admit Plaintiff was interviewed
20   with regards to his complaint of excessive force, but deny the remaining allegations
21   therein.

22   243. In answer to paragraph 239, Defendants deny the allegations therein.

23   244. In answer to paragraph 240, Defendants admit Plaintiff was taken to the
24   medical clinic, but deny the restraints were too tight.

25   245. In answer to paragraph 241, Defendants deny the allegations therein.

26   246. In answer to paragraph 242, Defendants deny the allegations therein.

27   247. In answer to paragraph 243, Defendants deny the allegations therein.

28   248. In answer to paragraph 244, Defendants deny the allegations therein.

14

1      249. In answer to paragraph 245, Defendants deny the allegations therein.

2      250. In answer to paragraph 246, Defendants deny the allegations therein.

3      251. In answer to paragraph 247, Defendants admit that Lieutenant Davis was

4  the Senior Hearing Officer for his Rules Violation Report (RVR) hearing, but deny

5  the RVR was issued as a result of a conspiracy.

6      252. In answer to paragraph 248, Defendants admit the allegations therein.

7      253. In answer to paragraph 249, Defendants deny the allegations therein.

8      254. In answer to paragraph 250, Defendants deny the allegations therein.

9      255. In answer to paragraph 251, Defendants admit Plaintiff was found guilty

10  at his Rules Violation Report hearing, admit Lieutenant Davis noted that Plaintiff

11  had requested videotape evidence that was unavailable, but deny his case was

12  referred for prosecution for retaliatory reasons.

13      256. In answer to paragraph 252, Defendants admit the allegations therein.

14      257. In answer to paragraph 253, Defendants admit that Captain Garcia and

15  Associate Warden Hernandez signed off on Plaintiff's Rules Violation Report, but

16  deny Plaintiff was denied due process.

17      258. In answer to paragraph 254, Defendants deny the allegations therein.

18      259. In answer to paragraph 255, Defendants deny the allegations therein.

19      260. In answer to paragraph 256, Defendants deny the allegations therein.

20      261. In answer to paragraph 257, Defendants deny the allegations therein.

21      262. In answer to paragraph 258, Defendants deny the allegations therein.

22      263. In answer to paragraph 259, Defendants deny the allegations therein.

23      264. In answer to paragraph 260, Defendants deny the allegations therein.

24      265. In answer to paragraph 261, Defendants lack sufficient information to

25  admit or deny the allegations therein, and on that basis, deny the allegations.

26      266. In answer to paragraph 262, Defendants deny the allegations therein.

27      267. In answer to paragraph 263, Defendants deny the allegations therein.

28

268. In answer to paragraph 264, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

269. In answer to paragraph 265, Defendants deny the allegations therein.

270. In answer to paragraph 266, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

271. In answer to paragraph 267, Defendants deny the allegations therein.

272. In answer to paragraph 268, Defendants deny the allegations therein.

273. In answer to paragraph 269, Defendants deny the allegations therein.

274. In answer to paragraph 270, Defendants deny the allegations therein.

275. In answer to paragraph 271, Defendants deny the allegations therein.

276. In answer to paragraph 272, Defendants deny the allegations therein.

277. In answer to paragraph 273, Defendants deny the allegations therein.

278. In answer to paragraph 274, Defendants deny the allegations therein.

279. In answer to paragraph 275, Defendants deny the allegations therein.

280. In answer to paragraph 276, Defendants deny the allegations therein.

281. In answer to paragraph 277, Defendants deny the allegations therein.

282. In answer to paragraph 278, Defendants deny the allegations therein.

283. In answer to paragraph 279, Defendants deny the allegations therein.

284. In answer to paragraph 280, Defendants deny the allegations therein.

285. In answer to paragraph 281, Defendants deny the allegations therein.

286. In answer to paragraph 282, Defendants deny the allegations therein.

287. In answer to paragraph 283, Defendants deny the allegations therein.

288. In answer to paragraph 284, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

289. In answer to paragraph 285, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

290. In answer to paragraph 286, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

16

291. In answer to paragraph 287, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

292. In answer to paragraph 288, Defendants deny the allegations therein.

293. In answer to paragraph 289, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

294. In answer to paragraph 290, Defendants admit a videotaped interview of Plaintiff was conducted, but deny the remaining allegations therein.

295. In answer to paragraph 291, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

296. In answer to paragraph 292, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

297. In answer to paragraph 293, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

298. In answer to paragraph 294, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

299. In answer to paragraph 295, Defendants deny the allegations therein.

300. In answer to paragraph 296, Defendants deny the allegations therein.

301. In answer to paragraph 297, Defendants deny the allegations therein.

302. In answer to paragraph 298, Defendants deny the allegations therein.

303. In answer to paragraph 299, Defendants deny the allegations therein.

304. In answer to paragraph 300, Defendants deny the allegations therein.

305. In answer to paragraph 301, Defendants deny the allegations therein.

306. In answer to paragraph 302, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

307. In answer to paragraph 303, Defendants deny the allegations therein.

308. In answer to paragraph 304, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

1    309. In answer to paragraph 305, Defendants lack sufficient information to
2  admit or deny the allegations therein, and on that basis, deny the allegations.

3    310. In answer to paragraph 306, Defendants lack sufficient information to
4  admit or deny the allegations therein, and on that basis, deny the allegations.

5    311. In answer to paragraph 307, Defendants lack sufficient information to
6  admit or deny the allegations therein, and on that basis, deny the allegations.

7    312. In answer to paragraph 308, Defendants deny the allegations therein.

8    313. In answer to paragraph 309, Defendants deny the allegations therein.

9    314. In answer to paragraph 310, Defendants lack sufficient information to
10  admit or deny the allegations therein, and on that basis, deny the allegations.

11    315. In answer to paragraph 311, Defendants lack sufficient information to
12  admit or deny the allegations therein, and on that basis, deny the allegations.

13    316. In answer to paragraph 312, Defendants deny the allegations therein.

14    317. In answer to paragraph 313, Defendants deny Defendant Davis damaged
15  Plaintiff's reputation, but lack sufficient information to admit or deny the remaining
16  allegations, and on that basis, deny the allegations.

17    318. In answer to paragraph 314, Defendants deny the allegations therein.

18    319. In answer to paragraph 315, Defendants deny the allegations therein.

19    320. In answer to paragraph 316, Defendants lack sufficient information to
20  admit or deny the allegations therein, and on that basis, deny the allegations.

21    321. In answer to paragraph 317, Defendants lack sufficient information to
22  admit or deny the allegations therein, and on that basis, deny the allegations.

23    322. In answer to paragraph 318, Defendants lack sufficient information to
24  admit or deny the allegations therein, and on that basis, deny the allegations.

25    323. In answer to paragraph 319, Defendants deny the allegations therein.

26    324. In answer to paragraph 320, Defendants admit Plaintiff was charged with
27  indecent exposure, but lack sufficient information to admit or deny the remaining
28  allegations therein, and on that basis, deny the allegations.

1    325. In answer to paragraph 321, Defendants lack sufficient information to

2    admit or deny the allegations therein, and on that basis, deny the allegations.

3    326. In answer to paragraph 322, Defendants lack sufficient information to

4    admit or deny the allegations therein, and on that basis, deny the allegations.

5    327. In answer to paragraph 323, Defendants lack sufficient information to

6    admit or deny the allegations therein, and on that basis, deny the allegations.

7    328. In answer to paragraph 324, Defendants admit Defendant Gomez

8    authored a Rules Violation Report, which accused Plaintiff of indecent exposure,

9    but Defendants lack sufficient information to admit or deny the exact time Plaintiff

10   received the report, and on that basis, deny the allegations he received it a "few

11   hours later."

12   329. In answer to paragraph 325, Defendants lack sufficient information to

13   admit or deny the allegations therein, and on that basis, deny the allegations.

14   330. In answer to paragraph 326, Defendants deny the allegations therein.

15   331. In answer to paragraph 327, Defendants admit Lieutenant Franco was

16   assigned as the Senior Hearing Officer, but deny the indecent exposure charge was

17   false.

18   332. In answer to paragraph 328, Defendants admit Plaintiff pleaded not

19   guilty, deny Plaintiff was falsely accused in retaliation, but lack sufficient

20   information to admit or deny the remaining allegations, and on that basis, deny the

21   allegations.

22   333. In answer to paragraph 329, Defendants deny the allegations therein.

23   334. In answer to paragraph 330, Defendants lack sufficient information to

24   admit or deny the allegations therein, and on that basis, deny the allegations.

25   335. In answer to paragraph 331, Defendants deny the allegations therein.

26   336. In answer to paragraph 332, Defendants deny the allegations therein.

27   337. In answer to paragraph 333, Defendants admit the allegations therein.

28   338. In answer to paragraph 334, Defendants deny the allegations therein.

19

1    339. In answer to paragraph 335, Defendants deny the allegations therein.

2    340. In answer to paragraph 336, Defendants lack sufficient information to

3    admit or deny the allegations therein, and on that basis, deny the allegations.

4    341. In answer to paragraph 337, Defendants lack sufficient information to

5    admit or deny the allegations therein, and on that basis, deny the allegations.

6    342. In answer to paragraph 338, Defendants admit Plaintiff was assessed a

7    Security Housing Unit term, but deny liability.

8    343. In answer to paragraph 339, Defendants lack sufficient information to

9    admit or deny the allegations therein, and on that basis, deny the allegations.

10    344. In answer to paragraph 340, Defendants lack sufficient information to

11    admit or deny the allegations therein, and on that basis, deny the allegations.

12    345. In answer to paragraph 341, Defendants lack sufficient information to

13    admit or deny the allegations therein, and on that basis, deny the allegations.

14    346. In answer to paragraph 342, Defendants lack sufficient information to

15    admit or deny the allegations therein, and on that basis, deny the allegations.

16    347. In answer to paragraph 343, Defendants lack sufficient information to

17    admit or deny the allegations therein, and on that basis, deny the allegations.

18    348. In answer to paragraph 344, Defendants lack sufficient information to

19    admit or deny the allegations therein, and on that basis, deny the allegations.

20    349. In answer to paragraph 345, Defendants lack sufficient information to

21    admit or deny the allegations therein, and on that basis, deny the allegations.

22    350. In answer to paragraph 346, Defendants lack sufficient information to

23    admit or deny the allegations therein, and on that basis, deny the allegations.

24    351. In answer to paragraph 347, Defendants lack sufficient information to

25    admit or deny the allegations therein, and on that basis, deny the allegations.

26    352. In answer to paragraph 348, Defendants lack sufficient information to

27    admit or deny the allegations therein, and on that basis, deny the allegations.

28

353. In answer to paragraph 349, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

354. In answer to paragraph 350, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

355. In answer to paragraph 351, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

356. In answer to paragraph 352, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

357. In answer to paragraph 353, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

358. In answer to paragraph 354, Defendants deny retaliation, but lack sufficient information to admit or deny the remaining allegations therein, and on that basis, deny the allegations.

359. In answer to paragraph 355, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

360. In answer to paragraph 356, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

361. In answer to paragraph 357, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

362. In answer to paragraph 358, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

363. In answer to paragraph 359, Defendants deny the allegations therein.

364. In answer to paragraph 360, Defendants deny the allegations therein.

365. In answer to paragraph 361, Defendants deny the allegations therein.

366. In answer to paragraph 362, Defendants deny the allegations therein.

367. In answer to paragraph 363, Defendants deny the allegations therein.

368. In answer to paragraph 364, Defendants deny the allegations therein.

369. In answer to paragraph 365, Defendants deny the allegations therein.

21

370. In answer to paragraph 366, Defendants deny the allegations therein.

371. In answer to paragraph 367, Defendants deny the allegations therein.

372. In answer to paragraph 368, Defendants deny the allegations therein.

373. In answer to paragraph 369, Defendants deny the allegations therein.

374. In answer to paragraph 370, Defendants deny the allegations therein.

375. In answer to paragraph 371, Defendants deny the allegations therein.

376. In answer to paragraph 372, Defendants deny the allegations therein.

377. In answer to paragraph 373, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

378. In answer to paragraph 374, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

379. In answer to paragraph 375, Defendants deny the allegations therein.

380. In answer to paragraph 376, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

381. In answer to paragraph 377, Defendants deny the allegations therein.

382. In answer to paragraph 378, Defendants admit the allegations therein.

383. In answer to paragraph 379, Defendants deny trashing Plaintiff's property, but admit Plaintiff asked to pack his own property.

384. In answer to paragraph 380, Defendants deny the allegations therein.

385. In answer to paragraph 381, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

386. In answer to paragraph 382, Defendants deny the allegations therein.

387. In answer to paragraph 383, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

388. In answer to paragraph 384, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

389. In answer to paragraph 385, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

22

390. In answer to paragraph 386, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

391. In answer to paragraph 387, Defendants admit the allegations therein.

392. In answer to paragraph 388, Defendants admit Plaintiff kicked the tray slot open and that Defendant Davis pepper-sprayed him, but deny the pepper-spray was premature.

393. In answer to paragraph 389, Defendants deny the allegations therein.

394. In answer to paragraph 390, Defendants deny the allegations therein.

395. In answer to paragraph 391, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

396. In answer to paragraph 392, Defendants admit to opening the holding cell, but deny it was "instead" of decontamination.

397. In answer to paragraph 393, Defendants deny the allegations therein.

398. In answer to paragraph 394, Defendants deny the allegations therein.

399. In answer to paragraph 395, Defendants deny the allegations therein.

400. In answer to paragraph 396, Defendants deny the allegations therein.

401. In answer to paragraph 397, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

402. In answer to paragraph 398, Defendants deny the allegations therein.

403. In answer to paragraph 399, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

404. In answer to paragraph 400, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

405. In answer to paragraph 401, Defendants deny the allegations therein.

406. In answer to paragraph 402, Defendants deny Defendant Rink was biased, but lack sufficient information to admit or deny the remaining allegations, and on that basis, deny the allegations.

23

407. In answer to paragraph 403, Defendants lack sufficient information to admit or deny the allegations therein, and on that basis, deny the allegations.

408. In answer to paragraph 404, Defendants deny the allegations therein.

409. In answer to paragraph 405, Defendants deny the allegations therein.

410. In answer to paragraph 406, Defendants deny the allegations therein.

411. In answer to paragraph 407, Defendants deny the allegations therein.

412. In answer to paragraph 408, Defendants deny the allegations therein.

413. In answer to paragraph 409, Defendants deny the allegations therein.

414. In answer to paragraph 410, Defendants deny the allegations therein.

415. In answer to paragraph 411, Defendants deny the allegations therein.

416. In answer to paragraph 412, Defendants deny the allegations therein.

417. In answer to paragraph 413, Defendants deny the allegations therein.

418. In answer to paragraph 414, Defendants deny the allegations therein.

419. In answer to paragraph 415, Defendants deny the allegations therein.

420. In answer to paragraph 416, Defendants deny the allegations therein.

421. In answer to paragraph 417, Defendants deny the allegations therein.

422. In answer to paragraph 418, Defendants deny the allegations therein.

423. In answer to paragraph 419, Defendants deny the allegations therein.

424. In answer to paragraph 420, Defendants deny the allegations therein.

## AFFIRMATIVE DEFENSES

425. Defendants assert the following separate and affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
## (QUALIFIED IMMUNITY)

Defendants are entitled to qualified immunity because there can be no constitutional violation based on the facts alleged or presented, and because Defendants' conduct did not violate clearly established law of which a reasonable person would have known. At all relevant times, Defendants acted within the scope of discretion, with due care, with a good faith fulfillment of responsibilities

24

1   pursuant to applicable statutes, rules, regulations, and practices, with the good-faith

2   belief that their actions comported with the Constitution and all applicable federal

3   and state laws.

**SECOND AFFIRMATIVE DEFENSE**

**(JUSTIFICATION)**

6   Plaintiff's claims are barred because Defendants' actions were reasonable and

7   justified under the circumstances.

**THIRD AFFIRMATIVE DEFENSE**

**(GOOD FAITH; NO MALICIOUS INTENT OR DELIBERATE**

**INDIFFERENCE)**

11   Plaintiff's claims are barred because Defendants' actions were at all times

12   performed in a good-faith effort to comply with established law, including, but not

13   limited to, California statutes and California Department of Corrections and

14   Rehabilitation regulations, policies, and procedures.  Defendants are immune from

15   liability because they acted in good faith and entertained an honest, reasonable

16   belief their actions were necessary.  Defendants assert that they did not act with

17   malicious intent or deliberate indifference to deprive any person of any

18   constitutional right or to cause injury, and therefore are not liable.

**FOURTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE)**

21   Plaintiff's claims for damages are barred, or should be reduced, because

22   Plaintiff failed to exercise reasonable diligence to mitigate the nature and extent of

23   all claims and alleged injuries.

**FIFTH AFFIRMATIVE DEFENSE**

**(LEGITIMATE PENOLOGICAL GOALS)**

26   Defendants' actions were reasonably related to advancing legitimate

27   penological goals.

**SIXTH AFFIRMATIVE DEFENSE**

**(NO LIABILITY FOR CONTRIBUTORY CONDUCT)**

Plaintiff's alleged injuries or damages were the result of Plaintiff's own negligent or deliberate actions.

### SEVENTH AFFIRMATIVE DEFENSE
### (PROXIMATE CAUSE)

Any harm suffered by Plaintiff, which is denied, was the direct or proximate cause of Plaintiff's own conduct or the conduct of others and not of any wrongful conduct on the part of Defendants.

### EIGHTH AFFIRMATIVE DEFENSE
### (FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES)

Plaintiff's claims are barred by 42 U.S.C. § 1997e(a), in that Plaintiff failed to exhaust administrative remedies as to the Defendants and/or claims asserted in this action.

### NINTH AFFIRMATIVE DEFENSE
### (RESERVATION OF RIGHT TO ASSERT ADDITIONAL DEFENSES)

Because the Second Amended Complaint is couched in conclusory terms, Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action.  Accordingly, Defendants reserve the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable.

### DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues presented by Plaintiff's Second Amended Complaint.

///

///

///

///

///

1   ///

2   ///

3   ///

4                              **PRAYER FOR RELIEF**

5       Defendants pray that:

6       1.   Judgment be rendered in favor of Defendants against Plaintiff;

7       2.   Plaintiff take nothing by the Second Amended Complaint;

8       3.   Defendants be awarded costs of suit;

9       4.   Defendants be awarded attorneys' fees; and

10      5.   Defendants be awarded any other relief the Court deems proper.

11

12  Dated:  August 24, 2017                    Respectfully submitted,

13                                             XAVIER BECERRA
                                               Attorney General of California
14                                             MICHELLE DES JARDINS
                                               Supervising Deputy Attorney General
15

16                                             *s/ Tiffany Johnson*
                                               TIFFANY JOHNSON
17                                             Deputy Attorney General
                                               *Attorneys for Defendants L.*
18                                             *Vanderweide, L. Tillman, J. Gomez, I.*
                                               *Marquez, W. Shimko, W. Suglich, E.*
19                                             *Ojeda, A. Silva, E. Garcia, Q.*
                                               *Jackson, E. Pimentel, A. DeMesa*
20                                             *(erroneously sued as R. Demesas), G.*
                                               *Savala, R. Davis, J. Reyes, G.*
21                                             *Hernandez, A. Hernandez, R. Lopez, S.*
                                               *Rink, J. Morales, J. Brown, L. Brown,*
22                                             *R. LaCosta, A. Sanchez, N. Scharr, G.*
                                               *Stratton, D. Arguillez, A. Buenrostro,*
23                                             *R. Davis, J. Rodriguez, L. Romero, C.*
                                               *Meza, L. Godinez (erroneously sued as*
24                                             *N. Molina), R. Lemon, and C.*
                                               *Hernandez*
25
    SD2017704296
26  81794419.doc

27

28

                                      27

                   Defs.' Answer and Demand for Jury Trial (3:14-cv-00773-GPC-AGS)

## CERTIFICATE OF SERVICE

Case Name:  **S. Carranza v. E. Brown, Jr., et al.**

Case No.  **3:14-cv-00773-GPC-AGS**

I hereby certify that on <u>August 25, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER AND DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 25, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Selvin O. Carranza
T-67780
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 25, 2017</u>, at San Diego, California.

| E. Tong | |
|---------|--|
| Declarant | Signature |

SD2017704296
81794988.doc