MORGAN, LEWIS & BOCKIUS LLP
Susan Baker Manning, Bar No. 197350
susan.manning@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   +1.202.739.3000
Fax:  +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Charis A.M. Redmond, Bar No. 321802
charis.redmond@morganlewis.com
Jordan Mundell, Bar No. 324110
jordan.mundell@morganlewis.com
One Market Street, Spear Street Tower
San Francisco, California 94105
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Plaintiff
SELVIN O. CARRANZA, CDCR #T-67780

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN O. CARRANZA, CDCR #T-67780,<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN Jr., et al.,<br><br>Defendants. | Case No. 3:14cv00773-GPC-AGS<br><br>**[AMENDED] APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:       August 8, 2019<br>Time:      9:00 a.m.<br>Location: Edward J. Schwartz<br>                United States Courthouse<br>                221 West Broadway<br>                San Diego, CA 92101 |

In compliance with the Court's order entered July 3, 2019 (ECF Dkt. 175), the undersigned hereby amends the Application for Writ of Habeas Corpus ad testificandum filed June 3, 2019 (ECF Dkt. 170) and applies to the Court for the issuance of an Amended Writ of Habeas Corpus ad testificandum for Plaintiff,

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED APPLICATION FOR
WRIT OF HABEAS CORPUS AD
TESTIFICANDUM

CASE NO. 3:14CV00773-GPC-AGS

Selvin O. Carranza, CDCR #T-67780. Plaintiff is detained by the California Department of Corrections and Rehabilitation at California State Prison – Corcoran. Plaintiff is requested and his appearance is necessary on August 8, 2019 at 9:00 a.m. before the Honorable Andrew G. Schopler, Magistrate Judge at Edward J. Schwartz United States Courthouse, 221 West Broadway, Courtroom 5C, San Diego, CA 92101.

For the reasons stated above, the Plaintiff prays that:

1. This court issue a writ of habeas corpus ad testificandum;

2. The writ direct Ken Clark, Warden of California State Prison – Corcoran, to deliver custody of Selvin O. Carranza to the United States Marshal;

3. The writ direct the United States Marshal to transport Selvin O. Carranza to a location convenient to the United States District Court for the Southern District of California and produce him for appearance at the parties' scheduled settlement conference at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, occurring at 9:00 a.m.

4. The writ direct the United States Marshal to return Selvin O. Carranza to the custody of Ken Clark, Warden of California State Prison – Corcoran as soon as possible following the completion of the settlement conference.

Dated: July 16, 2019

MORGAN, LEWIS & BOCKIUS LLP
Charis A.M. Redmond

_____
Charis A.M. Redmond
Attorneys for Plaintiff