XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
JOHN P. WALTERS
Deputy Attorney General
State Bar No. 216472
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9537
  Fax: (619) 645-2581
  E-mail: John.Walters@doj.ca.gov
*Attorneys for Defendants*
*L. Vanderweide, L. Tillman, J. Gomez, I. Marquez, W. Shimko, W. Suglich, E. Ojeda, A. Silva, E. Garcia, O. Jackson, E. Pimentel, A. DeMesa, G. Savala, R. Davis, J. Reyes, G. Hernandez, A. Hernandez, R. Lopez, S. Rink, J. Morales, J. Brown, L. Brown, R. LaCosta, A. Sanchez, N. Scharr, G. Stratton, D. Arguillez, A. Buenrostro, R. Davis, J. Rodriguez, L. Romero, C. Meza, L. Godinez, R. Lemon, C. Hernandez, and K. Thaxton*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SELVIN O. CARRANZA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN Jr., et al.,**<br><br>Defendants. | 3:14-cv-00773-GPC-AGS<br><br>**DEFENDANTS' PRETRIAL DISCLOSURES**<br><br>Judge:    The Honorable Andrew G. Schopler<br>Trial Date:  None Set<br>Case Filed:  11/10/2016 |

1

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

# DEFENDANTS' PRETRIAL DISCLOSURES

**I.   DEFENDANTS' WITNESSES**

**A.   Witnesses the Defense Expects to Call at Trial**

1. L. Vanderweide, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

2. L. Tillman, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

3. J. Gomez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

4. I. Marquez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

5. W. Shimko, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

6. W. Suglich, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

7. E. Ojeda, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

8. A. Silva, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

9. E. Garcia, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

10. Q. Jackson, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

11. E. Pimentel, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

12. A. DeMesa, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

2

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

13. G. Savala, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

14. R. Davis, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

15. J. Reyes, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

16. G. Hernandez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

17. A. Hernandez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

18. R. Lopez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

19. S. Rink, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

20. J. Morales, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

21. J. Brown, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

22. L. Brown, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

23. R. LaCosta, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

24. A. Sanchez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

25. N. Scharr, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

26. G. Stratton, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

3

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

27. D. Arguillez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

28. A. Buenrostro, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

29. R. Davis, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

30. J. Rodriguez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

31. L. Romero, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

32. C. Meza, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

33. L. Godinez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

34. R. Lemon, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

35. C. Hernandez, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

36. K. Thaxton, c/o Deputy Attorney General John Walters, 600 West Broadway, Suite 1800, San Diego, CA 92101 (619) 738-9537.

37. Dr. Yoshinori Sato, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

**B.     Witnesses the Defense May Call at Trial**

38. Associate Warden Scott Anderson, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

39. Patricia Cruz-White, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

40. Chris Davis, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

4

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

41. Litigation Coordinator, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

42. Custodian of Records, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

43. R. McKnight, Psy. D., Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, (619) 661-6500.

44. Plaintiff's Current CDCR Primary Care Physician, located at Plaintiff's current prison at time of trial.

    **C.**    **Witnesses Whose Testimony Will be Taken by Deposition**

None.

**II.**    **DEFENDANTS' EXHIBITS**

    **A.**    **Exhibits the Defense Expects to Offer at Trial**

1. Plaintiff's CDCR 7219 forms for incidents in 2012 and 2013.
2. CDCR Crime/Incident Report package for June 22, 2012 incident.
3. CDCR Crime/Incident Report package for August 15, 2012 incident.
4. CDCR Crime/Incident Report package for November 24, 2012 incident.
5. CDCR Crime/Incident Report package for April 18, 2013 incident.
6. Incident video for June 22, 2012.
7. Incident video for April 18, 2013.
8. Plaintiff's CDCR 812 forms for 2012 and 2013.
9. Plaintiff's Institutional Classification Committee records for 2012 and 2013.
10. Plaintiff's CDCR 128 chronos and memos for 2012 and 2013.
11. Plaintiff's CDCR 602 forms related to incidents from 2012 and 2013.
12. Plaintiff's Rules Violation Reports related to incidents from 2012 and 2013.
13. Demonstrative scene photos of Richard J. Donovan Correctional Facility Administrative Segregation Unit B6.

5

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

14. Demonstrative scene photos of Richard J. Donovan Correctional Facility Administrative Segregation Unit B7.

15. Plaintiff's Relevant Medical Records related to incidents and injuries from 2012 and 2013.

16. Plaintiff's Relevant Mental Health Records related to incidents from 2012 and 2013.

**B.   Exhibits the Defense May Offer at Trial**

17. 2012 Clinical Records from R. McKnight, Psy. D.

Dated: October 5, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General

*s/ John P. Walters*

JOHN P. WALTERS
Deputy Attorney General
*Attorneys for Defendants
L. Vanderweide, L. Tillman, J. Gomez, I. Marquez, W. Shimko, W. Suglich, E. Ojeda, A. Silva, E. Garcia, Q. Jackson, E. Pimentel, A. DeMesa, G. Savala, R. Davis, J. Reyes, G. Hernandez, A. Hernandez, R. Lopez, S. Rink, J. Morales, J. Brown, L. Brown, R. LaCosta, A. Sanchez, N. Scharr, G. Stratton, D. Arguillez, A. Buenrostro, R. Davis, J. Rodriguez, L. Romero, C. Meza, L. Godinez, R. Lemon, C. Hernandez, and K. Thaxton*

6

Defs.' Pretrial Disclosures  (3:14-cv-00773-GPC-AGS)

# CERTIFICATE OF SERVICE

Case Name: **S. Carranza v. E. Brown, Jr., et al.**  No. **3:14-cv-00773-GPC-AGS**

I hereby certify that on <u>October 5, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' PRETRIAL DISCLOSURES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 5, 2020,</u> at San Diego, California.

C. Endozo
Declarant

Signature