MORGAN, LEWIS & BOCKIUS LLP
Susan Baker Manning, Bar No. 197350
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   +1.202.739.3000
Fax:   +1.202.739.3001
susan.manning@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Mark A. Feller, Bar No. 319789
Jordan Mundell, Bar No. 324110
Wogai Mohmand, Bar No. 328812
One Market Street, Spear Street Tower
San Francisco, California 94105
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
mark.feller@morganlewis.com
jordan.mundell@morganlewis.com
wogai.mohmand@morganlewis.com

Attorneys for Plaintiff
SELVIN O. CARRANZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN O. CARRANZA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EDMUND G. BROWN Jr., et al.,<br><br>                    Defendants. | Case No. 3:14cv00773-GPC-AGS<br><br>**PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Pretrial Conf.:   November 6, 2020<br>                          1:30 p.m.<br><br>Trial Date:        TBD |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's Fifth Amended Scheduling Order (ECF 232), Plaintiff Selvin O. Carranza hereby makes the following pretrial disclosures:

**A.     Fed. R. Civ. P. 26(a)(3)(A)(i) "Expected" Witnesses.** Plaintiff expects to call the following witnesses at trial:

      1.   William Adams (expert)

      2.   Scott Anderson (CDCR 30(b)(6))

      3.   Selvin O. Carranza (plaintiff)

      4.   Dr. Judy Ho (expert)

      5.   Dr. Mark I. Langdorf (expert)

      6.   Scott Rink (defendant)

      7.   Kevyn Thaxton (defendant)

      8.   Loriann Tillman (defendant)

**B.     Fed. R. Civ. P. 26(a)(3)(A)(i) "May Call" Witnesses.** Plaintiff may call the following witnesses if the need arises:

      1. Dion Arguilez (defendant)

      2. Jeremey Brown (defendant)

      3. Laquita Brown (defendant)

      4. Alejandro Buenrostro (defendant)

      5. Patricia Cruz-White (CDCR 30(b)(6))

      6. Chris Davis (CDCR 30(b)(6))

      7. Lt. R. Davis (defendant)

      8. Officer R. Davis (defendant)

      9. Armel DeMesa (defendant)

      10. Edward Garcia (defendant)

      11. Laurelee Godinez (defendant)

      12. Jessica Gomez (defendant)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13. Alan Hernandez (defendant)

14. Craig Hernandez (defendant)

15. Gabriel Hernandez (defendant)

16. Quentin Jackson (defendant)

17. Raymond LaCosta (defendant)

18. Richard Lemon (defendant)

19. Richard Lopez (defendant)

20. Isaac Marquez (defendant)

21. Dr. Rebecca McKnight

22. Carlos Meza (defendant)

23. Jesse Morales (defendant)

24. Eric Ojeda (defendant)

25. Enrique Pimentel (defendant)

26. Jesús Reyes (defendant)

27. Julian Rodriguez (defendant)

28. Louis Romero (defendant)

29. Ana Sanchez (defendant)

30. Gregory Savala (defendant)

31. Nathaniel Scharr (defendant)

32. William Shimko (defendant)

33. Anthony Silva (defendant)

34. Gary Stratton (defendant)

35. William Suglich (defendant)

36. Leonard J. Vanderweide (defendant)

37. Austin Ware (CDCR 30(b)(6))

38. Yoshinori Sato

In addition, Plaintiff reserves the right to call any witness who Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

may identify under Fed. R. Civ. P. 26(a)(3)(A)(i). Plaintiff Selvin Carranza, William Adams, Dr. Judy Ho, and Dr. Mark Langdorf can be contacted through Plaintiff's counsel. All Defendants, California Department of Corrections and Rehabilitation (CDCR) Rule 30(b)(6) witnesses, Rebecca McKnight, and Yoshinori Sato can be contacted through Defendants' counsel.

**C.     Fed. R. Civ. P. 26(a)(3)(A)(ii) Deposition Designations.** Plaintiff expects to present the testimony of the witnesses identified in **Exhibit A** by deposition. Plaintiff reserves the right to identify counter-designations and/or rebuttal designations to any witness or testimony that Defendants may identify under Fed. R. Civ. P. 26(a)(3)(A)(ii). Plaintiff also reserves the right to use deposition testimony from any witness for impeachment and any other permissible purpose at trial.

**D.     Fed. R. Civ. P. 26(a)(3)(A)(iii) "Expected" Exhibits.** Plaintiff expects to offer the exhibits identified at **Exhibit B** as evidence at trial. Plaintiff reserves the right to offer into evidence any exhibits identified by Defendants pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii).

**E.     Fed. R. Civ. P. 26(a)(3)(A)(iii) "May Introduce" Exhibits. Plaintiff** may offer the exhibits identified at **Exhibit C** as evidence at trial if the need arises.

Dated: October 5, 2020                    MORGAN, LEWIS & BOCKIUS LLP


                                          By  /s/ Jordan Mundell
                                              Jordan Mundell

                                          Attorneys for Plaintiff
                                          SELVIN O. CARRANZA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# Exhibit A
## Fed. R. Civ. P. 26(a)(3)(A)(ii) Deposition Designations

Plaintiff expects to present the testimony of the following witnesses by deposition:

| Witness | Transcript Pages and Line Numbers |
|---|---|
| Dion Arguilez | 5:12-14; 15:14-20; 16:17-17:11; 21:1-23:4; 26:10-27:8; 27:18-28:8; 31:8-13; 35:4-36:1;36:8-12; 36:19-37:8; 38:3-39:12; 40:4-12; 40:13-16; 42:17-44:21 |
| Laquita Brown | 5:10-11; 8:15-17; 11:19-23; 15:15-23; 19:22-20:11; 21:4-6; 26:2-27:9; 27:20-28:25; 29:8-18; 32:2-12; 33:12-34:17; 39:10-15; 45:2-4; 49:6-50:4; 94:7-95:10 |
| Alejandro Buenrostro | 7:10-11; 17:7-11; 24:6-13; 25:3-19; 28:11-30:8; 34:1-10; 35:14-22; 37:6-16; 38:1-16; 47:15-17; 48:16-19; 49:25-50:2; 50:25-51:2; 51:25-52:1; 55:11-13; 60:1-3; 63:4-6; 66:20-67:21; 76:21-77:16; 86:9-12; 87:21-23 |
| Armel DeMesa | 5:10-13; 16:1-17:4; 17:19-19:4; 20:15-21; 21:22-22:17; 24:21-25:2; 27:9-13; 28:18-25; 29:11-13; 32:8-33:9 |
| Edward Garcia | 5:10-14; 8:4-9:25; 10:23-11:4; 12:20-14:09; 15:7-17; 17:14-18:3; 18:12-17; 20:19-21:25; 23:12-20; 24:13-25:10; 27:6-18 |
| Gabriel Hernandez | 5:14-19; 12:5-7; 12:15-13:2; 16:13-15; 17:1-3; 17:11-23; 18:9-18; 20:22-21:23; 24:12-15; 26:10-17; 28:17-29:5; 29:17-30:4; 30:19-31:21 |
| Richard Lemon | 5:10-13; 8:3-11; 8:18-19:5; 10:10-14; 10:19-10:3; 10:12-11:1; 13:23-25; 17:6-10 |
| Carlos Meza, Jr. | 5:14-16; 10:24-25; 11:5-13; 11:24-12:5; 12:15-13:14; 14:5-14; 14:21-24; 15:11-16; 17:17-19:6; 19:10-13; 20:19-24:13; 25:24-26:14; 27:4-12; 27:17-28:7; 29:4-24; 30:5-19; 31:8-17; 33:7-11; 33:17-24; 34:12-24; 35:3-9; 36:1-4; 36:13-24 |
| Scott Rink | 7:6; 16:19-17:1; 17:12-14; 18:6-19:19; 20:24-21:3; 21:15-24; 22:25; 23:5-12; 23:16-25; 24:19-25:10; 28:2-15; 30:1-12; 34:9-22; 35:19-24; 36:3-4; 36:20-37:21; 37:25-38:2; 40:10; 40:15-24; 41:7-13; 41:17-42:9; 43:12; 43:25-44:5; 46:5-24; 48:3-7; 50:6-13; 52:7- |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| | |
|---|---|
| | 53:6; 55:19-56:8; 61:25; 63:25-64:21; 65:5-67:24; 69:2-9; 72:18-73:6; 73:9-19; 77:3-12 |
| Gregory Savala | 5:10-12; 10:6-11:6; 11:13-19; 12:2-23; 15:23-16:13; 18:21-19:3; 21:19-22:25; 23:9-19; 24:1-3; 24:20-21; 25:1-6; 26:2-10; 29:1-30:20; 31:4-6; 31:10-31:19; 32:11-20; 33:12-22; 34:10-22; 35:7-9 |
| Nathaniel Scharr | 5:14-16; 12:12-19; 13:14-21; 15:12-16:3; 16:15-17:2; 17:22-24; 19:9-20:12; 20:20-24; 21:10-22:18; 22:22-24 |
| Gary Stratton | 5:12-14; 10:16-25; 18:5-20:3; 25:21-28:18; 32:5-34:20; 38:21-41:19; 42:24-43:9; 45:24-47:6; 51:7-23; 52:8-53:15; 55:17-23; 57:10-21 |
| William Suglich | 5:10-14; 14:7-14:18; 15:24-16:10; 19:7-21:6; 23:6-11; 24:3-12; 25:9-28:5; 30:23-31:5; 32:3-22; 35:18-36:18; 37:11-20; 42:22-44:6; 52:5-54:17; 62:8-63:10; 64:15-24 |
| Kevyn Thaxton | 5:10-12; 8:16-20; 9:1-6; 10:2-23; 11:10-15; 12:12-13:2; 13:11-14:3; 15:7-20; 16:6-9; 17:15-18:18; 18:25-19:7; 21:19-23; 22:2-7; 22:21-23:4; 23:19-24:3; 25:14-26:25; 27:11-28:3; 29:12-15; 29:24-30:8; 30:14-16; 31:4-18; 31:25-32:4; 33:2-16; 37:1-7; 38:1-12; 47:1-6 |
| Loriann Tillman | 6:10; 10:7-15; 11:5-8; 18:10-14; 19:8-13; 19:16-20:13; 20:17-21:10; 26:14-25; 27:10-18; 28:12-28:21; 35:16-36:1; 38:20-39:2; 39:22-41:2; 46:10-14; 47:15; 47:19-48:4; 49:5-9; 51:14-52:1; 53:10-12; 56:13-57:1; 57:17-58:11; 60:11-61:15; 62:2-22; 63:18-64:20; 65:2-17; 65:21-66:4; 67:6-22; 68:1-2; 68:7-19; 69:4-7; 71:15-72:3; 75:17-19; 80:5-18; 81:18-82:17; 83:9-18; 85:20-25; 90:17-21 |
| Leonard J. Vanderweide | 6:10-13; 14:10-16; 14:23-25; 23:1-4; 24:2-18; 28:24-29:1; 29:23-25; 31:13-15; 32:12-34:10; 36:19-21; 38:12-14; 44:20-45:21; 46:16-24; 48:5-23; 51:22-52:15; 53:20-54:23; 64:7-10; 66:8-10 |

5

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Exhibit B**
**Fed. R. Civ. P. 26(a)(3)(A)(iii) "Expected" Exhibits**

Plaintiff expects to offer the following exhibits as evidence at trial:

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 1. | SC004447 - SC004448 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-06-20 |
| 2. | SC004445 - SC004446 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-06-27 |
| 3. | SC004443 - SC004444 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-07-03 |
| 4. | SC004456 - SC004457 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-05-29 |
| 5. | SC004449 - SC004450 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-06-13 |
| 6. | SC006803 | Crime/Incident Report Part C - Staff Report by Officer Dominguez |
| 7. | SC006807 - SC006808 | Crime/Incident Report Part - Staff Report by Officer K. Thaxton; June 22, 2012 |
| 8. | SC006812 - SC006813 | Rules Violation Report by L. Tillman |
| 9. | SC006820 - SC006828 | Crime/Incident Report Part A - Cover Sheet and Part B |
| 10. | SC006829 - SC006830 | Crime/Incident Report Part C - Staff Report by L. Tillman; August 15, 2012 |
| 11. | SC006831 - SC006832 | Crime/Incident Report Part C2 - Review Notice by L. Tillman; August 15, 2012 |
| 12. | SC004287 - SC004291 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-06-05 |
| 13. | SC004323 | Department of Corrections and Rehabilitation Report by R. McKnight, Psy.D.; June 21, 2012 |
| 14. | Rink Depo. Ex. 1 | Crime/Incident Report Part A - Cover Sheet |
| 15. | Rink Depo. Ex. 2 | Crime/Incident Report Part C - Staff Report for Thaxton |
| 16. | Rink Depo. Ex. 3 | Crime/Incident Report Part A - Cover Sheet |

---

[1] Defendants did not bates stamp their production of documents; any references to bates numbers are those applied by Plaintiff.

6

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 17. | Rink Depo. Ex. 4 | State of California Memorandum to S. Carranza re Staff Complaint Response - Appeal #RJD-B-12-02812 Second Level Response |
| 18. | | June 21, 2012 ASU Yard Video Footage |
| 19. | | April 18, 2013 ASU Video Footage |
| 20. | | Videotaped Interview of Inmate(s) (Allegations/SBI) section. Authored by Defendant S. Rink, Part 1. |
| 21. | | Videotaped Interview of Inmate(s) (Allegations/SBI) section. Authored by Defendant S. Rink, Part 2. |
| 22. | Thaxton Depo. Ex. 2 | June 22, 2012 Sign In / Out Sheet |
| 23. | | August 10, 2012 Sign In / Out Sheet; Description: AD/SEG H/U 7; Institution 18; 2nd Watch; Section 1 |
| 24. | | April 18, 2013 Sign In / Out Sheet, time printed 8:45:18; 3rd Watch, Section 1, Institution 2 |
| 25. | | November 24, 2012 Sign In / Out Sheet; Section 1, Facility B, Institution 16, 2nd Watch |
| 26. | SC003758 - SC004257 | Excerpts from Health Care Services for Selvin Carranza, including CDC 7289 Patient File Review Logs, CDC 7362 Health Care Services Request Forms, CDC 7464 Triage & Treatment Services Flow Sheets, CDC 7230 Interdisciplinary Progress Notes, CDC 7392 Primary Care Flow Sheets, RJD 7212 Nursing Care Records, CDC 7221 Physician's Orders, and Hospital Records and Testing Results |
| 27. | | Excerpts from Selvin Carranza's Central File, including his CDCR Electronic Record Management System (ERMS) and Strategic Offender Management System (SOMS) files; CDC Number T67780. Offender PID: 11939424, including, but not limited to, ERMS CDC-128B Informational Chrono dated August 14, 2012, authored by Y. Sato, Psy.D., ERMS CDC 188 C, Mental Health Chrono dated June 21, 2019, authored by R. McKnight, Psy.D., June 28, 2012 |

7

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
|  |  | ERMS Custody Classification-Assignments Sheet by G.S., Associate Warden, ERMS CDCR 837C – Staff Report, Incident Log# RJD-B07-12-08-0295 by Officer A. Buenrostro, ERMS Classification Chrono dated February 3, 2014, authored by Captain K. Reid and Counselor R. Abad, ERMS Administrative Segregation Unit Placement Notice dated April 30, 2012, authored by K. Reid, Facility Captain, ERMS Classification Chrono dated June 7, 2012 authored by Acting Chief Deputy Warden W. Suglich, and Correctional Counselor II R. Olson, CDC 112 Chronological History from ERMS Legal Status Summary Sheet, ERMS, 12/2610, April 30, 2012 - CDC-114D ERMS Administrative Segregation Unit Placement Notice |
| 28. |  | September 10, 2012 Notice of Adverse Action to Kevyn Thaxton from the Division of Adult Institutions |
| 29. | SC003819 - SC00382 | Interdisciplinary Progress Notes |
| 30. | SC003823 - SC003825 | Interdisciplinary Progress Notes |
| 31. | SC003826 - SC003827 | Triage & Treatment Services Flow Sheet |
| 32. | SC003876 | Notification of Diagnostic Test Results |
| 33. | SC004016 - SC004018 | Emergency Department Admission Report |
| 34. | SC004029 | Emergency Department Admission Report |
| 35. | SC004032 - SC004036 | Hospital Discharge Summary |
| 36. | SC004038 - SC004039 | Hospital Findings Summary |
| 37. | SC004131 | Physician's Orders |
| 38. | SC004216 | X-Ray Reports |
| 39. | SC004239 - SC004240 | Health Care Services Physician Request for Services |
| 40. | SC004265 - SC004266 | Triage & Treatment Services Flow Sheet |
| 41. | SC003810 - SC003812 | Triage & Treatment Services Flow Sheet |
| 42. | SC004002 - SC004015 | Emergency Services Discharge Instructions |
| 43. | SC003791 - SC003796 | Health Care Services Request Form |
| 44. | SC003808 - SC003809 | Triage & Treatment Services Flow Sheet |
| 45. | SC003953 - SC003955 | Admission Assessment |

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 46. | SC004112 | Physician's Orders |
| 47. | SC004212 | X-Ray Reports |
| 48. | SC004247 - SC004248 | Triage & Treatment Services Flow Sheet |
| 49. | SC003806 - SC003807 | Triage & Treatment Services Flow Sheet |
| 50. | SC004044 - SC004045 | Radiology Interpretation |
| 51. | SC004245 - SC004246 | Triage & Treatment Services Flow Sheet |
| 52. | SC004626 - SC004627 | Notification of Diagnostic Test Results |
| 53. | SC004842 - SC004844 | Physician's Orders |
| 54. | SC004851 | Interdisciplinary Progress Notes |
| 55. | SC004889 - SC004893 | Radiology Results |
| 56. | SC004917 - SC004919 | Medical Report of Injury or Unusual Occurrence |
| 57. | SC004833 | June 21, 2012 Records; Physician's Orders |
| 58. | | January 16, 2013 Staff Complaint Response – Appeal #RJD-B-12-02812 Second Level Response addressed to Carranza, S., #T67780; FB-6-102L; Richard J. Donovan Correctional Facility |
| 59. | | Charles Hamilton, Kevyn Thaxton, Laverne Steele, and Steven Vasquez; Case Nos. 12-1364, 12-1440, 12-1446, and 12-1458; Board Resolution and Order; Appeals from Dismissal |
| 60. | | Training Record for Loriann V Tillman – 36710; November 1, 2019 |
| 61. | | July 10, 2013 Notice of Adverse Action / Letter of Official Reprimand to Loriann Tillman |
| 62. | | June 12, 2013 Third Level Appeal Decision addressed to Selvin Carranza, T67780; TLR Case No. 1209559; Local Log No.: RJD-12-02812; |
| 63. | | Incident Reports # RJD-B06-12-06-0211 (*see* Adams Rpt.) |
| 64. | | Incident Reports # RJD-B07-12-08-0295 (*see* Adams Rpt.) |
| 65. | | Incident Reports # RJD-B06-13-04-0123 (*see* Adams Rpt.) |
| 66. | | Incident Reports # RJD-B06-12-11-0408 (*see* Adams Rpt.) |

9

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 67. | | CDCR 7230, Interdisciplinary Progress Notes, by Michael Anderson, Psy.D, dated December 31, 2012 (*see* Adams Rpt.) |
| 68. | | June 5, 2012 - CDCR 7388 Mental Health Treatment Plan was produced by Dr. R. McKnight, Psy.D. (*see* Adams Rpt.) |
| 69. | | July 3, 2012 Interdisciplinary Progress Note by R. McKnight, Psy.D. (*see* Adams Rpt.) |
| 70. | | ERMS CDC-128B Informational Chrono dated August 14, 2012, authored by Y. Sato, Psy.D. (*see* Adams Rpt.) |
| 71. | | March 7, 2012 - Interdisciplinary Progress Note CDCR-7230A-MH was completed by M. Masters, Psy.D. (*see* Adams Rpt.) |
| 72. | | ERMS CDC 188 C, Mental Health Chrono dated June 21, 2019, authored by R. McKnight, Psy.D. (*see* Adams Rpt.) |
| 73. | | June 28, 2012 ERMS Custody Classification-Assignments Sheet by G.S., Associate Warden (*see* Adams Rpt.) |
| 74. | | August 14, 2012 Request for Mental Health Services Staff Referral by T. Paule, R.N. (*see* Adams Rpt.) |
| 75. | | CDCR 7464 Triage and Treatment Services Flow Sheet dated August 14, 2012, authored by Illegible Signature, R.N. (*see* Adams Rpt.) |
| 76. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant L. Tillman (*see* Adams Rpt.) |
| 77. | | August 15, 2012 CDCR 837, part C-1, C-2 Review Notice, Incident Log Number RJD-B07-12-08-0295 date by Facility Captain A. Hernandez (*see* Adams Rpt.) |
| 78. | | August 15, 2012 CDCR 837, part C-1 Supplemental Report, Incident Log Number RJD-B07-12-08-0295 authored by Sergeant L. Tillman (*see* Adams Rpt.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 79. | | August 15, 2012 CDCR 837, Incident Package, Log Number RJD-B07-12-08-0295, Holding Cell Log, "Attachment A" by Defendant A. Buenrostro (*see* Adams Rpt.) |
| 80. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant R. Davis (*see* Adams Rpt.) |
| 81. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant R. Lopez (*see* Adams Rpt.) |
| 82. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Officer L. Romero (*see* Adams Rpt.) |
| 83. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant L. Tillman (*see* Adams Rpt.) |
| 84. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant W. Shimko (*see* Adams Rpt.) |
| 85. | | August 15, 2012 CDCR 837C Staff Report, Incident Log Number RJD-B07-12-08-0295 by Defendant L. Vanderweide (*see* Adams Rpt.) |
| 86. | | August 15, 2012 CDC-7219 Medical Report of Injury or Unusual Occurrence included in Incident Report, Log Number RJD-B07-12-08-0295 by A. Sanchez, R.N. (*see* Adams Rpt.) |
| 87. | | August 15, 2012 ERMS CDCR 837C – Staff Report, Incident Log# RJD-B07-12-08-0295 by Officer A. Buenrostro. (*see* Adams Rpt.) |
| 88. | | August 15, 2012 CDC-7219 Medical Report of Injury 11:20 am by A. Sanchez, R.N. (*see* Adams Rpt.) |
| 89. | | August 15, 2012 CDC-7219 Medical Report of Injury, examination of R. Davis, at 10:25, by Nurse A. Sanchez (*see* Adams Rpt.) |
| 90. | | ERMS Classification Chrono dated February 3, 2014, authored by Captain K. Reid and Counselor R. Abad (*see* Adams Rpt.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 91. | | ERMS Administrative Segregation Unit Placement Notice dated April 30, 2012, authored by K. Reid, Facility Captain (*see* Adams Rpt.) |
| 92. | | ERMS Classification Chrono dated June 7, 2012 authored by Acting Chief Deputy Warden W. Suglich, and Correctional Counselor II R. Olson (*see* Adams Rpt.) |
| 93. | | CDC 7219 Medical Report of Injury or Unusual Occurrence dated June 22, 2012 at 1235 hours. (*see* Adams Rpt.) |
| 94. | | July 6, 2012 Interdisciplinary Progress Note by S. Puclatt, Registered Nurse (*see* Adams Rpt.) |
| 95. | | July 5, 2013 CDCR Form 3036, Institutional Executive Review Committee (IERC) Critique and Qualitative Evaluation, Signed by Warden Daniel Paramo (*see* Adams Rpt.) |
| 96. | | June 5, 2013 Warden's IERC Committee findings, regarding incident package log number RJD-b07-12-08-0295, signed by Warden Daniel Paramo (*see* Adams Rpt.) |
| 97. | | November 24, 2012 CDC 115 Rules Violation Report, Log Number FB-12-163, by J. Gomez, Correctional Officer (*see* Adams Rpt.) |
| 98. | | November 24, 2012 RVR log# FB-12-163 by Correctional Officer J. Gomez (*see* Adams Rpt.) |
| 99. | | December 26, 2012 RVR log# FB-12-163, Part C, Hearing, by Correctional Lieutenant C. P. Franco, Page 1 of 2, Inmate's Plea (*see* Adams Rpt.) |
| 100. | | CDCR 837 Crime/Incident Report, Part A1-Supplement, Incident Log Number RJD-B06-12-11-0408 by Lt. G. Savala (*see* Adams Rpt.) |
| 101. | | November 24, 2012 CDCR Crime/Incident Report Log Number RJD-B06-12-11-0408, Part C – Staff Report by Correctional Sergeant Eric Ojeda (*see* Adams Rpt.) |
| 102. | | November 24, 2012 CDCR Crime/Incident Report Log Number RJD-B06-12-11-0408, Part |

12

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| | | C – Staff Report by Correctional Officer R. Davis (*see* Adams Rpt.) |
| 103. | | November 24, 2012 CDCR Crime/Incident Report Log Number RJD-B06-12-11-0408, Part C – Staff Report by Correctional Officer C. Meza (*see* Adams Rpt.) |
| 104. | | November 24, 2012 CDCR Crime/Incident Report Log Number RJD-B06-12-11-0408, Part C – Staff Report by Correctional Officer J. Brown (*see* Adams Rpt.) |
| 105. | | November 24, 2012 CDC-7219 Medical Report of Injury or Unusual Occurrence, at 9:30 am, by Brisco, PT (*see* Adams Rpt.) |
| 106. | | November 24, 2012 CDCR Crime/Incident Report Log Number RJD-B06-12-11-0408, Part A – Cover Sheet, by Correctional Lieutenant G. Savala. (*see* Adams Rpt.) |
| 107. | | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part A – Cover Sheet, Part C - Staff Report by Correctional Lieutenant D. Arguilez. (*see* Adams Rpt.) |
| 108. | | RJCDF Confidential Operational Plan #34, Use of Force, Revised August 2008, signed by Warden Robert J. Hernandez (*see* Adams Rpt.) |
| 109. | | April 18, 2013 CDCR3014 Report of Findings – Inmate Interview, by Lieutenant S. Rink (*see* Adams Rpt.) |
| 110. | | Incident Report Log# RJD-B06-13-04-0123 dated April 18, 2013. (*see* Adams Rpt.) |
| 111. | | CCR Title 15, Use of Force, Section 3268 (a)(1)(2)(4)(5), Section 3268(i) (*see* Adams Rpt.) |
| 112. | | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part A – Cover Sheet, by Correctional Lieutenant D. Arguilez (*see* Adams Rpt.) |
| 113. | | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff |

13

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
|  |  | Report, by Correctional Lieutenant D. Arguilez (*see* Adams Rpt.) |
| 114. |  | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff Report, by Correctional Officer A. Buenrostro (*see* Adams Rpt.) |
| 115. |  | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff Report, dated April 18, 2013, authored by Correctional Officer R. Davis (*see* Adams Rpt.) |
| 116. |  | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff Report, by Correctional Officer A DeMesa (*see* Adams Rpt.) |
| 117. |  | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff Report, by Correctional Officer R. Lopez (*see* Adams Rpt.) |
| 118. |  | April 18, 2013 CDCR Crime/Incident Report Log Number RJD-B06-13-04-0123, Part C – Staff Report, by Correctional Officers R. Davis, R. Lopez, A. Silva, M. Grey, A. DeMesa, A. Buenrostro, Sergeant E. Ojeda, and Lieutenant D. Arguilez (*see* Adams Rpt.) |
| 119. |  | April 18, 2013 CDCR3014 Report of Findings – Inmate Interview, by Lieutenant S. Rink, Summary of statements made by inmate during the interview (*see* Adams Rpt.) |
| 120. |  | April 18, 2013 Multi-Purpose Worksheet by Lieutenant D. Arguilez (*see* Adams Rpt.) |
| 121. |  | April 18, 2013 Initial CDC-115 Rules Violation Report with incomplete log number by Lieutenant D. Arguilez (*see* Adams Rpt.) |
| 122. |  | April 18, 2013 CDC-128A Custodial Counselling Chrono by D. Arguilez (*see* Adams Rpt.) |
| 123. |  | May 15, 2013 CDC-128G Classification Chrono by D. Hamilton, CC1, Kern Valley State Prison (*see* Adams Rpt.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| No. | Bates Nos. / Deposition Exhibit[1] | Description |
|---|---|---|
| 124. | | Demonstrative representations of areas within Richard J. Donovan Correctional Facility |
| 125. | | Demonstrative objects utilized by correctional officers in their interactions with Selvin Carranza |

15

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

# Exhibit C
## Fed. R. Civ. P. 26(a)(3)(A)(iii) "May Introduce" Exhibits

Plaintiff may offer the following exhibits as evidence at trial if the need arises:

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 126. | Anderson Depo. Ex. 2 | Training Record for Loriann V. Tillman - 36710 |
| 127. | Anderson Depo. Ex. 3 | Carranza RJD FLSAs |
| 128. | Anderson Depo. Ex. 4 | Inmate / Parolee Appeals Tracking System - I & II for Staff Scharr 08/01/2007 - 04/18/2018 |
| 129. | Anderson Depo. Ex. 5 | Notice of Adverse Personnel Action, Internal Affairs Investigation Closure Memo and One Compact Disc with additional documents |
| 130. | Anderson Depo. Ex. 6 | Richard J. Donovan Correctional Facility at Rock Mountain, San Diego, California, Operational Plan #138 dated November 2005 |
| 131. | Anderson Depo. Ex. 7 | State of California Department of Corrections and Rehabilitation Memorandum to Kimberly Seibel re Findings of Inmate Interviews at Richard J. Donovan Correctional facility; December 4-5, 2018 |
| 132. | Anderson Depo. Ex. 8 | E-mail chain ending with e-mail from S. Alfaro to C. Gipson re RJD |
| 133. | SC006912 | Custodial Counseling for Carranza, |
| 134. | SC006816 - SC006817 | Rules Violation Report - Part C for Carranza |
| 135. | SC006819 | General Chrono on Carranza |
| 136. | SC006833 - SC006834 | Crime / Incident Report Part C Staff Report by A. Buenrostro |
| 137. | SC006844 - SC006845 | Crime / Incident Report Part C - Staff Report by R. Lopez |
| 138. | SC006852 - SC006853 | Crime / Incident Report Part C - Staff Report by W. Shimko |
| 139. | SC006837 - SC006838 | Crime / Incident Report Part C - Staff Report by Davis |
| 140. | SC006855 - SC006856 | Crime / Incident Report Part C - Staff Report by L. Vanderweide |

16

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 141. | SC006866 | Medical Report of Injury or Unusual Occurrence of A. Buenrostro |
| 142. | SC006868 | Notice of Rights Pursuant to Miranda Decision for Carranza |
| 143. | SC006869 | Holding Cell Log for Carranza |
| 144. | SC006841 - SC006843 | Crime/Incident Report Part C - Staff Report by R. LaCosta |
| 145. | Lopez Depo. Ex. 1 | Crime/Incident Report Part C - Staff Report by Lopez |
| 146. | Lopez Depo. Ex. 2 | Crime/Incident Report Part C2 - Review Notice by Lopez |
| 147. | SC006848 - SC006850 | Crime/Incident Report Part C - Staff Report by I. Marquez |
| 148. | SC006805 | Crime/Incident Report Part C - Staff Report by Pimentel |
| 149. | SC003797 | Health Care Services Request Form |
| 150. | Sanchez Depo. Ex. 3 | Operations Manual Department of Corrections and Rehabilitation Chapter 5 - Adult Custody and Security Operations |
| 151. | SC003843 - SC003844 | Original Telemedicine Report, Telemedicine Custody Consultation |
| 152. | SC003795-3796 | Health Care Services Request Forms |
| 153. | SC006859 - SC006860 | Medical Report of Injury or Unusual Occurrence |
| 154. | SC006878 | Rules Violation Report - Part C for Carranza |
| 155. | Ware Depo. Ex. 2 | Memorandum from State of California to Kimberly Seibel re Findings of Inmate Interviews at Richard J. Donovan Correctional Facility; December 4-6, 2018 |
| 156. | DeMesa Depo. Ex. 1 | Crime/Incident Report Part C - Staff Report by DeMesa; 4/18/13 |
| 157. | Garcia Depo. Ex. 1 | Manager's Review - First Level Use of Force Incidents by E. Garcia |
| 158. | Garcia Depo. Ex. 2 | Manager's Review - First Level Use of Force Incidents by E. Garcia |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 159. | Gomez Depo. Ex. 1 | Crime/Incident Report Part C - Staff Report by Gomez |
| 160. | Jackson Depo. Ex. 1 | Proof of Service of Notice of Adverse Personnel Action, with Notice of Action |
| 161. | Jackson Depo. Ex. 3 | Inmate / Parolee Appeals Tracing System - I & II for Staff Complaints for Q. Jackson for 08/01/2007 - 4/18/2018 |
| 162. | Jackson Depo. Ex. 4 | Third Level Appeal Decision |
| 163. | C. Davis Depo. Ex. 2 | Audio/Video Surveillance Systems Operational Plan #131, February 2018 |
| 164. | McKnight Depo. Ex. 1 | Web Printout of Dr. McKnight's website |
| 165. | Meza Depo. Ex. 1 | Rules Violation Report - Part C for Carranza |
| 166. | Meza Depo. Ex. 2 | Crime/Incident Report Part C - Staff Report by Meza |
| 167. | Ojeda Depo. Ex. 1 | Crime/Incident Report Part C - Staff Report by Ojeda |
| 168. | Ojeda Depo. Ex. 2 | Employee Report of Sexual Misconduct of Selvin Carranza by J. Gomez |
| 169. | Ojeda Depo. Ex. 3 | Crime/Incident Report Part C - Staff Report by Ojeda |
| 170. | Pimentel Depo. Ex. 2 | Rules Violation Report for Inmate Carranza |
| 171. | Pimentel Depo. Ex. 3 | Serious Rules Violation Report for Inmate Carranza |
| 172. | Pimentel Depo. Ex. 4 | Rules Violation Report - Part C for Inmate Carranza |
| 173. | Pimentel Depo. Ex. 5 | State of California Memorandum to K. Sjodin re Staff Complaint Response - Appeal #RJD-2-09-00547 |
| 174. | Sanchez Depo. Ex. 7 | Interdisciplinary Progress Notes |

18

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 175. | Savala Depo. Ex. 1 | Crime/Incident Report Part A - Cover Sheet by G. Savala |
| 176. | Savala Depo. Ex. 2 | Rules Violation Report for Inmate Carranza |
| 177. | Savala Depo. Ex. 3 | Hiring Authority Review of Investigation of Gregory Savala |
| 178. | Savala Depo. Ex. 4 | Justification of Penalty of Gregory Savala |
| 179. | Scharr Depo. Ex. 1 | Crime/Incident Report Part C - Staff Report by Scharr |
| 180. | Vanderweide Depo. Ex. 7 | Inmate/Parolee Appeals Tracking System - I & II, Staff Complaint for Vanderweide, 08/01/2007 - 04/18/2018 |
| 181. | Vanderweide Depo. Ex. 8 | Inmate/Parolee Appeal for Carlos Arce |
| 182. | Ware Depo. Ex. 4 | State of California, California Department of Corrections and Rehabilitation, Adult Institution, Programs and Parole, Operations Manual Updated Through 01/10/2012 |
| 183. | SC004334 | Administrative Segregation (ASU) Unit Pre-Chrono Placement, 2012-01-13 |
| 184. | SC004350 | Administrative Segregation (ASU) Unit Pre-Placement Note, 2012-01-14 |
| 185. | SC004349 | Primary Clinician Note, 2012-01-23 |
| 186. | SC004297 | Mental Health Treatment Plan, 2012-01-26 |
| 187. | SC004328 | Mental Health Placement Chrono, 2012-01-26 |
| 188. | SC004348 | Chronological Interdisciplinary Progress Notes, 2012-01-26 |
| 189. | SC004347 | Psychiatry Progress Note, 2012-01-27 |
| 190. | SC004346 | Primary Clinician Note, 2012-02-01 |
| 191. | SC004345 | Administrative Segregation Unit Admission Orientation Note, 2012-02-10 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 192. | SC004412 | Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit, 2012-02-12 |
| 193. | SC004343 - SC004344 | Primary Clinician Note, 2012-02-13 |
| 194. | SC004304 | Administrative Segregation Unit Admission Orientation Note, 2012-02-17 |
| 195. | SC004341 - SC004342 | Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit, 2012-02-23 |
| 196. | SC004340 | ASU FACB Psychology Note, 2012-02-24 |
| 197. | SC004337 | Comments (Interdisciplinary Progress Notes), 2012-02-27 |
| 198. | SC004338 - SC004339 | Interdisciplinary Treatment Team Meeting, 2012-02-27 |
| 199. | SC004292 - SC004296 | Mental Health Treatment Plan, 2012-02-28 |
| 200. | SC004327 | Mental Health Placement Chrono, 2012-02-28 |
| 201. | SC004336 | Comments (Interdisciplinary Progress Notes), 2012-03-07 |
| 202. | SC004329 | Informed Consent for Mental Health Care, 2012-03-21 |
| 203. | SC004482 - SC004491 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-03-21 |
| 204. | SC004479 - SC004481 | Comments and Weekly Summary Progress Notes) (Interdisciplinary Progress Notes), 2012-03-28 |
| 205. | SC004477 - SC004478 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-04-04 |
| 206. | SC004473 - SC004476 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-04-13 |
| 207. | SC004471 - SC004472 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-04-19 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|     | Bates Nos. / Deposition Exhibits | Description |
| --- | --- | --- |
| 208. | SC004468 - SC004470 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-04-26 |
| 209. | SC004466 - SC004467 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-05-02 |
| 210. | SC004463 - SC004465 | Comments and Weekly summary (Interdisciplinary Progress Notes) and Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit ICC, 2012-05-11 |
| 211. | SC004461 - SC004462 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-05-16 |
| 212. | SC004458 - SC004460 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-05-23 |
| 213. | SC004454 - SC004455 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-06-04 |
| 214. | SC004325 - SC004326 | Mental Health Placement Chrono, 2012-06-05 |
| 215. | SC004453 | Interdisciplinary Treatment Team Meeting, 2012-06-05 |
| 216. | SC004451 - SC004452 | Chronological Interdisciplinary Progress Notes, 2012-06-08 |
| 217. | SC003917 | Problem List/Flow Record - Male, 2012-07-11 |
| 218. | SC004438 - SC004442 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-07-13 |
| 219. | SC004436 - SC004437 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-07-18 |
| 220. | SC004434 - SC004435 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-07-26 |
| 221. | SC004432 - SC004433 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-08-02 |
| 222. | SC004362 - SC004364 | Health Care Service Request Form and Weekly Summary (Interdisciplinary Progress Notes), 2012-08-09 |
| 223. | SC004429 - SC004431 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-08-09 |

21

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 224. | SC004355 - SC004356 | Request for Mental Health Services Staff Referral, 2012-08-14 |
| 225. | SC004357 | Doctor's Note re inmate Carranza (T67780), 2012-08-14 |
| 226. | SC004361 | Health Care Service Request Form 2012-08-14 |
| 227. | SC004424 - SC004425 | Comments (Interdisciplinary Progress Notes) 2012-08-14 |
| 228. | SC004426 - SC004428 | Comments and Weekly Summary (Interdisciplinary Progress Notes), 2012-08-14 |
| 229. | SC003933 - SC003936 | Suicide Risk Evaluation, 2012-08-15 |
| 230. | SC004320 - SC004321 | Mental Health Placement Chrono, 2012-08-15 |
| 231. | SC004354 | Request for Mental Health Services Staff Referral, 2012-08-15 |
| 232. | SC004421 - SC004423 | Weekly Summary (Interdisciplinary Progress Note), 2012-08-15 |
| 233. | SC003928 - SC003932 | MHCB Interdisciplinary Treatment Team (IDTT) and MHCB/CTC Psychologist Progress Note, 2012-08-16 |
| 234. | SC004319 | Doctor's Note re inmate Carranza (T67780), 2012-08-16 |
| 235. | SC004360 | Health Care Service Request Form 2012-08-16 |
| 236. | SC003949 - SC003953 | Mental Health Treatment Plan 2012-08-17 |
| 237. | SC003921 - SC003927 | MHCB Interdisciplinary Treatment Team (IDTT) and MHCB/CTC Psychologist Progress Note, 2012-08-21 |
| 238. | SC003918 - SC003919 | Suicide Risk Evaluation, 2012-08-22 |
| 239. | SC003920 | MHCB/CTC Psychiatric MD Progress Note, 2012-08-22 |
| 240. | SC003937 - SC003940 | CTC Physician's Discharge Order and Medication, 2012-08-22 |
| 241. | SC003941 - SC003942 | Interdisciplinary Treatment Team – Level of Care Decision, 2012-08-22 |
| 242. | SC003943 - SC003948 | Mental Health Treatment Plan 2012-08-22 |
| 243. | SC004315 | 5 Day Follow up Initiation, 2012-08-22 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 244. | SC004318 | Note re inmate Carranza (T67780), 2012-08-22 |
| 245. | SC004332 - SC004333 | Suicide Risk Evaluation, 2012-08-27 |
| 246. | SC004420 | Comments – Psychological Note, 2012-08-28 |
| 247. | SC004282 - SC004286 | Interdisciplinary Treatment Team – Level of Care Decision, 2012-09-04 |
| 248. | SC004313 - SC004314 | Mental Health Placement Chrono, 2012-09-04 |
| 249. | SC004418 - SC004419 | Interdisciplinary Treatment Team Meeting: Prep / Presentation 2012-09-04 |
| 250. | SC004417 | Comments (Interdisciplinary Progress Notes General), 2012-09-07 |
| 251. | SC004415 - SC004416 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-09-12 |
| 252. | SC004413 - SC004414 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-09-19 |
| 253. | SC004312 | Mental Health ICC Chrono, 2012-09-20 |
| 254. | SC004409 - SC004411 | Comments and Weekly Summary (Interdisciplinary Progress Notes) Rules Violation Report, 2012-09-24 |
| 255. | SC004408 | Comments (Interdisciplinary Progress Notes General), 2012-09-25 |
| 256. | SC004406 - SC004407 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-10-02 |
| 257. | SC004402 - SC004405 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-10-09 |
| 258. | SC004399 - SC004401 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-10-16 |
| 259. | SC004397 - SC004398 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-10-26 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 260. | SC004395 - SC004396 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-10-30 |
| 261. | SC004394 | Comments (Interdisciplinary Progress Notes General), 2012-11-02 |
| 262. | SC004392 - SC004393 | Comments (Interdisciplinary Progress Notes General), 2012-11-02 |
| 263. | SC004390 - SC004391 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-11-13 |
| 264. | SC004387 - SC004389 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-11-20 |
| 265. | SC004307 | Mental Health Referral Chrono, 2012-11-24 |
| 266. | SC004309 | Mental Health Referral Chrono, 2012-11-24 |
| 267. | SC004310 - SC004311 | Mental Health Referral Chrono, 2012-11-24 |
| 268. | SC004330 - SC004331 | Suicide Risk Evaluation, 2012-11-24 |
| 269. | SC004335 | Mental Health Assessment, 2012-11-24 |
| 270. | SC004386 | Comments (Interdisciplinary Progress Notes General), 2012-11-24 |
| 271. | SC004492 - SC004493 | Mental Health Assessment, 2012-11-24 |
| 272. | SC004277 - SC004281 | Mental Health Treatment Plan, 2012-11-27 |
| 273. | SC004308 | Mental Health Referral Chrono, 2012-11-27 |
| 274. | SC004383 | Comments (Interdisciplinary Progress Notes General), 2012-11-27 |
| 275. | SC004384 - SC004386 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-11-27 |
| 276. | SC004305 - SC004306 | Mental Health ICC Chrono, 2012-11-29 |
| 277. | SC004381 | Comments – Psychological Note (Interdisciplinary Progress Notes), 2012-11-29 |
| 278. | SC004382 | Comments (Interdisciplinary Progress Notes General), 2012-11-29 |
| 279. | SC004379 - SC004380 | Comments – Psychological Note (Interdisciplinary Progress Notes), 2012-11-30 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 280. | SC004303 | IDTT Sexual Misconduct Chrono, 2012-12-04 |
| 281. | SC004375 - SC004378 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-12-04 |
| 282. | SC004374 | Comments (Interdisciplinary Progress Notes General), 2012-12-05 |
| 283. | SC004373 | Comments (Interdisciplinary Progress Notes General) 2012-12-11 |
| 284. | SC004369 - SC004372 | Comments and Weekly Summary (Interdisciplinary Progress Notes General) and Interdisciplinary Group Progress Note, 2012-12-18 |
| 285. | SC004367 - SC004368 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2012-12-27 |
| 286. | SC004365 | Chronological Interdisciplinary Progress Notes, 2012-12-28 |
| 287. | SC004366 | Comments (Interdisciplinary Progress Notes General), 2012-12-28 |
| 288. | SC004358 - SC004359 | Rules Violation Report (Interdisciplinary Progress Notes, 2012-12-31 |
| 289. | SC005042 - SC005043 | Comments (Interdisciplinary Progress Notes General), 2013-01-03 |
| 290. | SC005039 - SC005041 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-01-11 |
| 291. | SC005036 - SC005038 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-01-15 |
| 292. | SC005032 - SC005035 | Comments and Weekly Summary (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note, 2013-01-22 |
| 293. | SC005030 - SC005031 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-01-29 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 294. | SC005028 - SC005029 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-02-05 |
| 295. | SC004945 | Mental Health ICC Chrono, 2013-02-07 |
| 296. | SC004946 | SHU Screening Chrono, 2013-02-07 |
| 297. | SC004947 | Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit ICC, 2013-02-07 |
| 298. | SC005026 - SC005027 | Comments (Interdisciplinary Progress Notes General), 2013-02-08 |
| 299. | SC005024 - SC005025 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-02-12 |
| 300. | SC005023 | Comments (Interdisciplinary Progress Notes General), 2013-02-15 |
| 301. | SC004936 - SC004938 | Mental Health Treatment Plan, 2013-02-20 |
| 302. | SC004939 - SC004940 | Interdisciplinary Treatment Team – Level of Care Decision, 2013-02-20 |
| 303. | SC004944 | Mental Health ICC Chrono, 2013-02-20 |
| 304. | SC005020 - SC005022 | Comments (Interdisciplinary Progress Notes General) and Interdisciplinary Treatment Team Meeting: Prep / Presentation and Weekly Summary, 2013-02-20 |
| 305. | SC005017 - SC005019 | Comments and Weekly Summary (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note, 2013-02-27 |
| 306. | SC005014 - SC005016 | Comments and Weekly Summary (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note, 2013-03-05 |
| 307. | SC005011 - SC005013 | Comments (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note and Weekly Summary, 2013-03-14 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 308. | SC005008 - SC005009 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-03-19 |
| 309. | SC005005 - SC005007 | Comments and Weekly Summary (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note, 2013-03-26 |
| 310. | SC004943 | Mental Health Referral Chrono, 2013-03-27 |
| 311. | SC005004 | Comments (Interdisciplinary Progress Notes General), 2013-03-27 |
| 312. | SC004962 - SC004963 | Suicide Risk Evaluation, 2013-03-29 |
| 313. | SC004983 | Comments (Interdisciplinary Progress Notes General), 2013-03-29 |
| 314. | SC004981 - SC004982 | Chronological Interdisciplinary Progress Notes Weekly Summary of Psych Tech Daily Rounds, 2013-04-01 |
| 315. | SC005002 - SC005003 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-04-04 |
| 316. | SC004942 | Mental Health Treatment Recommendation, 2013-04-11 |
| 317. | SC004999 | Comments (Interdisciplinary Progress Notes General), 2013-04-11 |
| 318. | SC005000 - SC005001 | Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit ICC, 2013-04-11 |
| 319. | SC004997 - SC004998 | Comments and Weekly Summary (Interdisciplinary Progress Notes General), 2013-04-16 |
| 320. | SC004696 | Patient Observation Record Kern Valley State Prison 2013-04-18 |
| 321. | SC004958 - SC004959 | Suicide Risk Evaluation, 2013-04-18 |
| 322. | SC004960 - SC004961 | Suicide Risk Evaluation, 2013-04-18 |
| 323. | SC004975 - SC004976 | Interdisciplinary Progress Notes – Initial Psychiatric Consult, 2013-04-18 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 324. | SC004992 - SC004994 | Comments (Interdisciplinary Progress Notes General) Chronological Interdisciplinary Progress Notes and Group Progress Note and Weekly Summary, 2013-04-18 |
| 325. | SC004995 - SC004996 | Comments (Interdisciplinary Progress Notes General), 2013-04-18 |
| 326. | SC004661 - SC004662 | Psychiatric Out Patient Progress Notes Kern Valley State Prison, 2013-04-19 |
| 327. | SC004663 | Out-Patient Interdisciplinary IDTT Progress Note, 2013-04-19 |
| 328. | SC004669 | Brief Mental Health Evaluation, 2013-04-19 |
| 329. | SC004672 - SC004673 | Suicide Risk Evaluation, 2013-04-19 |
| 330. | SC004674 - SC004676 | Mental Health Treatment Plan, 2013-04-19 |
| 331. | SC004677 - SC004678 | Interdisciplinary Treatment Team – Level of Care Decision, 2013-04-19 |
| 332. | SC004682 - SC004685 | Nursing Care Record, 2013-04-19 |
| 333. | SC004697 | Patient Observation Record Kern Valley State Prison, 2013-04-19 |
| 334. | SC004664 | Psychiatrist's Progress Notes, CTC 2013-04-20 |
| 335. | SC004686 - SC004688 | Nursing Care Record, 2013-04-20 |
| 336. | SC004698 | Patient Observation Record Kern Valley State Prison, 2013-04-20 |
| 337. | SC004665 | Psychiatrist's Progress Notes CTC, 2013-04-21 |
| 338. | SC004689 - SC004690 | Nursing Care Record, 2013-04-21 |
| 339. | SC004699 | Patient Observation Record Kern Valley State Prison, 2013-04-21 |
| 340. | SC004702 - SC004708 | KSVP – Correctional Treatment Center Inpatient Unit: Interdisciplinary Care Plan and Team Review, 2013-04-21 |
| 341. | SC004666 | Psychiatrist's Progress Notes CTC, 2013-04-22 |
| 342. | SC004667 | Chronological Interdisciplinary Progress Notes, 2013-04-22 |
| 343. | SC004668 | Out-Patient Interdisciplinary IDTT Progress Note, 2013-04-22 |
| 344. | SC004679 - SC004681 | Interdisciplinary Treatment Team – Level of Care Decision, 2013-04-22 |

28

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 345. | SC004691 - SC004693 | Nursing Care Record, 2013-04-22 |
| 346. | SC004700 | Patient Observation Record Kern Valley State Prison, 2013-04-22 |
| 347. | SC004694 - SC004695 | Nursing Care Record, 2013-04-23 |
| 348. | SC004701 | Patient Observation Record Kern Valley State Prison, 2013-04-23 |
| 349. | SC004978 | Mental Health Evaluation Addendum: Add-a-Page, 2013-04-25 |
| 350. | SC005044 - SC005045 | Mental Health Evaluation Addendum: Add-a-Page, 2013-04-25 |
| 351. | SC004670 - SC004671 | Suicide Risk Evaluation, 2013-04-27 |
| 352. | SC004956 - SC004957 | Suicide Risk Evaluation, 2013-04-29 |
| 353. | SC004980 | Chronological Interdisciplinary Progress Notes Weekly Summary of Psych Tech Daily Rounds, 2013-05-02 |
| 354. | SC004964 - SC004966 | Interdisciplinary Progress Notes – Routine Initial Psychiatric Evaluation, 2013-05-07 |
| 355. | SC004990 - SC004991 | Interdisciplinary Progress Notes – General, 2013-05-17 |
| 356. | SC004930 - SC004932 | Interdisciplinary Progress Notes – IDTT Summary, 2013-06-18 |
| 357. | SC004933 - SC004935 | Mental Health Treatment Plan, 2013-06-18 |
| 358. | SC004941 | Mental Health Placement Chrono, 2013-06-18 |
| 359. | SC004979 | Comments (Interdisciplinary Progress Notes General), 2013-08-01 |
| 360. | SC004977 | Administrative Segregation Unit (ASU) Pre-Placement Chrono, 2013-08-05 |
| 361. | SC004973 - SC004974 | Interdisciplinary Progress Notes – General Psychiatry, 2013-09-09 |
| 362. | SC004984 | Health Care Services Request Form, 2013-11-12 |
| 363. | SC004985 | Health Care Services Request Form, 2013-11-19 |
| 364. | SC004954 - SC004955 | Suicide Risk Evaluation, 2013-11-20 |
| 365. | SC004951 - SC004952 | Medical and Surgical Consent, 2013-11-27 |
| 366. | SC004969 - SC004972 | Interdisciplinary Progress Notes – General Psychiatry, 2013-11-27 |
| 367. | SC004948 - SC004950 | Medical and Surgical Consent, 2013-12-04 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 368. | SC004967 - SC004968 | Interdisciplinary Progress Notes – General Psychiatry, 2013-12-22 |
| 369. | SC005245 | Administrative Segregation Unit (ASU) Pre-Placement Chrono, 2014-02-06 |
| 370. | SC005268 - SC005269 | Administrative Segregation Unit Admission Orientation Note, 2014-02-06 |
| 371. | SC005223 - SC005226 | Chronological Interdisciplinary Progress Notes Weekly Summary of Psych Tech Daily Rounds, 2014-02-07 |
| 372. | SC005236 | Mental Health Referral Chrono, 2014-02-09 |
| 373. | SC005266 - SC005267 | Comments (Interdisciplinary Progress Notes General), 2014-02-12 |
| 374. | SC005243 - SC005244 | Interdisciplinary Progress Notes – General Psychiatry, 2014-02-13 |
| 375. | SC005235 | Mental Health Referral Chrono, 2014-02-20 |
| 376. | SC005265 | Richard J. Donovan Correctional Facility Clinical Summary For Administrative Segregation Unit ICC, 2014-02-20 |
| 377. | SC005264 | Comments (Interdisciplinary Progress Notes General), 2014-02-21 |
| 378. | SC005263 | Comments (Interdisciplinary Progress Notes General), 2014-02-24 |
| 379. | SC005239 - SC005240 | Suicide Risk Evaluation, 2014-03-06 |
| 380. | SC005246 - SC005252 | Mental Health Evaluation, 2014-03-06 |
| 381. | SC005262 | Comments (Interdisciplinary Progress Notes General), 2014-03-06 |
| 382. | SC005270 - SC005277 | Mental Health Evaluation, 2014-03-06 |
| 383. | SC005237 - SC005238 | Informed Consent for Mental Health Care, 2014-03-07 |
| 384. | SC005241 - SC005242 | Interdisciplinary Progress Notes – General Psychiatry, 2014-03-09 |
| 385. | SC005228 - SC005230 | Mental Health Treatment Plan, 2014-03-11 |
| 386. | SC005231 | Interdisciplinary Progress Notes – IDTT Summary, 2014-03-11 |
| 387. | SC005232 - SC005233 | Interdisciplinary Treatment Team – Level of Care Decision, 2014-03-11 |
| 388. | SC005234 | Mental Health Placement Chrono, 2014-03-11 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 389. | SC005261 | Interdisciplinary Progress Notes – General, 2014-05-06 |
| 390. | SC005260 | Interdisciplinary Progress Notes – General 2014-07-23 |
| 391. | SC005255 | Health Care Services Request Form, 2014-09-10 |
| 392. | SC005259 | Interdisciplinary Progress Notes – General, 2014-09-15 |
| 393. | SC005080 | Health Care Services Request Form, 2014-09-21 |
| 394. | SC005082 | Health Care Services Request Form, 2014-09-28 |
| 395. | SC005258 | Interdisciplinary Progress Notes – General, 2014-10-02 |
| 396. | SC005254 | Health Care Services Request Form, 2014-10-15 |
| 397. | SC005257 | Interdisciplinary Progress Notes – General, 2014-10-23 |
| 398. | SC005253 | Health Care Services Request Form, 2014-11-14 |
| 399. | SC005256 | Interdisciplinary Progress Notes – General, 2014-12-02 |
| 400. | SC006796 - SC006914 | RJD-B06-12-06-0211 Incident Reports |
| 401. | SC007032 - SC007197 | Document Retention Handbook |
| 402. | SC007226 - SC008066 | 2010 DOM - Operations Manual |
| 403. | SC008067 - SC009041 | 2011 DOM - Operations Manual |
| 404. | SC009042 - SC009889 | 2012 DOM - Operations Manual |
| 405. | SC009890 - SC009918 | IST Chemical Agents; Course Code A0039; ODT Approved: November 24, 2004 |
| 406. | SC009919 - SC010111 | Mental Health Program Guide |
| 407. | SC010112 - SC010496 | MHSDS Program Guide 2009 Revision Complete |
| 408. | SC010497 - SC010500 | OP 15, Health Care Access Unit (HCAU) (7-13). |
| 409. | SC010501 - SC010506 | OP 19, Assessment and Disposition of Mentally Disordered Inmates |
| 410. | SC010507 - SC010509 | OP 46, Determination of Mental Health Status |
| 411. | SC010510 - SC010520 | OP 66, Mental Health Assessment Processing for Rules Violation |
| 412. | SC010521 - SC010535 | OP 67, Mental Health Crisis Bed Follow-up (3-11) |
| 413. | SC010536 - SC010539 | OP 79, Mental Health Evaluation (10-10) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 414. | SC010540 - SC010541 | OP 99, Medical Evaluation of Inmate-Patients Involved in Assaults |
| 415. | SC010542 - SC010547 | OP 110, Mental Health Referrals (9-10). |
| 416. | SC010548 - SC010553 | OP 116, Department of Mental Health Transfers (3-08) |
| 417. | SC010554 - SC010589 | OP 131 Audio - Video Surveillance Systems, Feb. 2018 |
| 418. | SC010590 - SC010597 | OP 138, ASU EOP Program Population Management (11-05) |
| 419. | SC010598 - SC010611 | RJD OP 34 U OF POLICY |
| 420. | SC010612 - SC010727 | Use of Force Coordinator Manual |
| 421. | SC010728 - SC010802 | Use of Force Workbook (e-mail attachment) |
| 422. | SC010803 - SC010805 | Utilization of Administrative Determinants 070516 |
| 423. | SC006872 | CDCR 115 Disciplinary Reports FB-ASU-12-077, FB-ASU-12-089, and FB-12-163 |
| 424. | | RJD-B06-12-11-0408 Incident Reports (*see* Adams Rpt.) |
| 425. | | RJD-B06-13-04-0123 Incident Reports (*see* Adams Rpt.) |
| 426. | | RJD-B07-12-08-0295 Incident Reports (*see* Adams Rpt.) |
| 427. | | February 2018 Plan Title: Operational Plan #131 Audio/Video Surveillance Systems |
| 428. | | April 15, 2009 Staff Complaint Response – Appeal # RJD-2-09-00227. Addressed to Lanier, R. # F-80125; 4B-3B-208L |
| 429. | | California Department of Corrections and Rehabilitation; Basic Correctional Officer Academy; Use of Force Participant Workbook, revised 2010 |
| 430. | | CDC-114D Administrative Segregation Unit Placement Notices (*see* Adams Rpt.) |
| 431. | | CDCR 128B and 128G Chronological Reports (*see* Adams Rpt.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 432. | | Use of Force Review documents related to Carranza incident packages(*see* Adams Rpt.) |
| 433. | SC006871 | CDC-114D Administrative Segregation Inmate Placement Notice (*see* Adams Rpt.) |
| 434. | | CDC 112 Chronological History from ERMS Legal Status Summary Sheet, ERMS, 12/2610(*see* Adams Rpt.) |
| 435. | | March 3, 2012 - CDC-128G Classification Chrono indicated a Unit Classification Committee (UCC) was conducted on Facility C of the Richard J. Donovan Correctional Facility (*see* Adams Rpt.) |
| 436. | | February 23, 2012 - CDC 262 Custody Classification – Assignments sheet (*see* Adams Rpt.) |
| 437. | | April 30, 2012 - CDC-114D ERMS Administrative Segregation Unit Placement Notice (*see* Adams Rpt.) |
| 438. | | July 7, 2012 CDC-128G Chrono (*see* Adams Rpt.) |
| 439. | | July 21, 2012 CDC-128C Chrono (*see* Adams Rpt.) |
| 440. | | Deposition Transcript of William Suglich |
| 441. | | Deposition Transcript of Scott Rink |
| 442. | | Deposition Transcript of Laquita Brown |
| 443. | | Deposition Transcript of Loriann Tillman |
| 444. | | Deposition Transcript of Yoshinori Sato |
| 445. | | Deposition Transcript of Kevyn Thaxton |
| 446. | | Deposition Transcript of Scott Anderson |
| 447. | | Incident report RJD-B07-12-08-0295 (*see* Adams Rpt.) |

33

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 448. | SC006908 | December 10, 2012 – CDCR Rules Violation Report: Mental Health Assessment Request (*see* Adams Rpt.) |
| 449. | | CDCR Use of Force Coordinator's Manual, Published by the CDCR Division of Adult Institutions |
| 450. | | June 19, 2001 – Distribution of *Armstrong v. Davis* Remedial Plan – Amended January 3, 2001 |
| 451. | | April 9, 2002 – Memorandum to Wardens; Subject: Distribution of Clark v. California Remedial Plan Amended March 1, 2002 |
| 452. | | April 11, 2016 Staff Complaint Response – Appeal #RJD-X-16-00324 Second Level Response; To Church, L. H69845; FC-05-126L; Salinas Valley State Prison |
| 453. | | Defendants' Second Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents, dated October 1, 2019 |
| 454. | | Defendants' Responses to Plaintiff's First Set of Requests for Admissions, dated November 15, 2019 |
| 455. | | Defendants' Supplemental Responses to Plaintiff's November 18, 2019 Letter regarding outstanding Requests for Production of Documents, dated January 24, 2020. |
| 456. | | Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories, dated February 7, 2020 |
| 457. | | Defendants' Second Supplemental Responses to Plaintiff's First Set of Interrogatories, dated February 11, 2020 |
| 458. | | Defendants' Third Supplemental Responses to Plaintiff's First Set of Interrogatories, dated February 13, 2020 |
| 459. | | Defendants' Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories, dated February 25, 2020 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | Bates Nos. / Deposition Exhibits | Description |
|---|---|---|
| 460. | AGO-2-001 – AGO-2-032 | Defendants' Supplemental Responses to Plaintiff's Request for Production of Documents, dated February 25, 2020 |
| 461. | | Defendants' Fifth Supplemental Responses to Plaintiff's First Set of Interrogatories, dated February 28, 2020 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:14CV00773-GPC-AGS
PLAINTIFF'S PRETRIAL DISCLOSURES