MATTHEW RODRIQUEZ
Acting Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defs. Arguillez, J. Brown, L. Brown, Buenrostro, Officer R. Davis, Lt. R. Davis, DeMesa, Garcia, Godinez, Gomez, A. Hernandez, C. Hernandez, G. Hernandez, LaCosta, Lemon, Lopez, Marquez, Meza, Morales, Ojeda, Pimentel, Reyes, Rink, Rodriguez, Romero, Sanchez, Savala, Scharr, Shimko, Silva, Stratton, Suglich, Thaxton, Tillman, and Vanderweide*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SELVIN O. CARRANZA,**<br><br>                   Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN Jr., et al.,**<br><br>                   Defendants. | 3:14-cv-00773-TWR-AGS<br><br>**DEFENDANTS' NOTICE OF MOTION, AND MOTION FOR RECONSIDERATION OF THE ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST, OR ALTERNATIVELY REQUEST FOR AN *ALBINO* HEARING**<br><br>Date:        August 25, 2021<br>Time:       1:30 p.m.<br>Courtroom: 3A<br>Judge:     The Honorable Todd W. Robinson<br>Trial Date: Not Scheduled<br>Action Filed: March 28, 2014 |

1

1    TO PLAINTIFF SELVIN CARRANZA, AND DEFENDANT JACKSON,
2  BY AND THROUGH THEIR COUNSEL OF RECORD:
3    PLEASE TAKE NOTICE, that on August 25, 2021, at 1:30 p.m., Defendants
4  Arguillez, J. Brown, Buenrostro, Officer R. Davis, Lt. R. Davis, DeMesa, Garcia,
5  Godinez, Gomez, A. Hernandez, C. Hernandez, G. Hernandez, LaCosta, Lemon,
6  Lopez, Marquez, Meza, Morales, Ojeda, Reyes, Rink, Romero, Sanchez, Savala,
7  Shimko, Silva, Stratton, Tillman, and Vanderweide ("Defendants") will move this
8  Court under Federal Rule of Civil Procedure 54(b) and Civil Local Rule 7.1(i), for
9  reconsideration of the July 26, 2017 Order Denying Defendants' Motion for
10 Summary Judgment for Failure to Exhaust Pursuant to 42 U.S.C. § 1998e(a) (ECF
11 No. 122). Specifically, Defendants seek reconsideration of the Court's decision
12 that the case could proceed to the merits after finding disputed factual issues existed
13 as to whether Plaintiff exhausted administrative remedies for the claims in Counts
14 Two-Five of the Second Amended Complaint, rather than schedule an *Albino*
15 evidentiary hearing, and the Court's failure to decide whether Plaintiff exhausted
16 administrative remedies for his claim against Defendant Reyes in Count One.
17    Defendants' motion is based on this notice of motion and motion, the
18 supporting memorandum of points and authorities, the declaration of Jennifer
19 Nygaard, and the Court's file in this action.
20    In accordance with the Court's Civil Standing Order, the parties met and
21 conferred on March 26, 2021, but were unable to resolve the issues in this motion.
22 (Decl. J. Nygaard Supp. Defs.' Mot. Recons. ¶ 5.)

2

Defs.' Not. Mot., Mot. Recons. (3:14-cv-00773-TWR-AGS)

| | | |
|---|---|---|
| 1 | Dated:  April 1, 2021 | Respectfully submitted, |
| 2 | | MATTHEW RODRIQUEZ<br>Acting Attorney General of California |
| 3 | | JAY M. GOLDMAN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | **/S/ Jennifer J. Nygaard**<br>JENNIFER J. NYGAARD<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Arguillez, J. Brown, L. Brown, Buenrostro, Officer R. Davis, Lt. R. Davis, DeMesa, Garcia, Godinez, Gomez, A. Hernandez, C. Hernandez, G. Hernandez, LaCosta, Lemon, Lopez, Marquez, Meza, Morales, Ojeda, Pimentel, Reyes, Rink, Rodriguez, Romero, Sanchez, Savala, Scharr, Shimko, Silva, Stratton, Suglich, Thaxton, Tillman, and Vanderweide* |

SD2017704296
91360389.docx

3

Defs.' Not. Mot., Mot. Recons. (3:14-cv-00773-TWR-AGS)