IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN O. CARRANZA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>W. SUGLICH, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:14-cv-00773-GPC-AGS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO BIFURCATE PUNITIVE DAMAGES** |

　　　The Court received the Parties' Joint Motion to bifurcate punitive damages, preclude evidence of settlement discussions, preclude evidence of appointment of Plaintiff's Counsel, and preclude evidence of indemnification. For good cause shown, the Joint Motion is **GRANTED** as follows:

　　　1.　Trial in this matter shall be bifurcated: Phase One shall concern liability determinations, Plaintiff's entitlement to relief, amount of non-punitive damages and entitlement to punitive damages; Phase Two shall concern the amount of punitive damages, should the jury find Plaintiff is entitled to punitive damages. The same jury deciding liability and entitlement to damages shall determine the

///

///

1

1  amount of punitive damages to the extent the jury finds that Plaintiff is entitled to
2  punitive damages.
3  **IT IS SO ORDERED.**
4
5  Dated: 12/19/22        By: _____
6                              The Honorable Jinsook Ohta
                                United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28